# Case Docket Entries

**CC-20-2025-C-513**

| | | | |
|---|---|---|---|
| **Court:** Circuit | **County:** 20 - Kanawha | **Created Date:** 4/17/2025 | **Security Level:** Public |
| **Judge:** Carrie Webster | **Case Type:** Civil | **Case Sub-Type:** Other | **Status:** Open |
| **Related Cases:** | | | |
| **Style:** Keith Lowe v. Superintendent John Frame | | | |

| # | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 4/17/2025 2:20:37 PM | E-Filed | | Complaint |
| | 1-1  4/17/2025 | Civil Case Information Statement | | |
| | 1-2  4/17/2025 | Complaint - Complaint | | |
| | 1-3  4/17/2025 | Transmittal | | |
| | 1-4  4/17/2025 | Summons | | |
| 2 | 4/17/2025 2:20:37 PM | Judge Assigned | J-20016 | Carrie Webster |
| 3 | 4/17/2025 2:20:37 PM | Party Added | P-001 | Keith Lowe |
| 4 | 4/17/2025 2:20:37 PM | Party Added | D-001 | Superintendent John Frame |
| 5 | 4/17/2025 2:20:37 PM | Party Added | D-002 | Commissioner William Marshall |
| 6 | 4/17/2025 2:20:37 PM | Party Added | D-003 | Timothy Thistlethwaite, MD |
| 7 | 4/17/2025 2:20:37 PM | Party Added | D-004 | PSIMED Corrections, LLC |
| 8 | 4/17/2025 2:20:37 PM | Attorney Listed | P-001 | A-10598 - Lydia Chrystine Milnes |
| 9 | 4/17/2025 2:20:37 PM | Attorney Listed | P-001 | A-14158 - Lesley Marie Nash |
| 10 | 4/17/2025 2:20:37 PM | Service Requested | D-001 | Filer - Out of State Sheriff |
| 11 | 4/17/2025 2:20:37 PM | Service Requested | D-002 | Filer - Private Process Server |
| 12 | 4/17/2025 2:20:37 PM | Service Requested | D-003 | Filer - Private Process Server |
| 13 | 4/17/2025 2:20:37 PM | Service Requested | D-004 | Filer - Private Process Server |
| 14 | 4/17/2025 2:30:05 PM | E-Filed | | Supporting Documents - Verification by Plaintiff Keith Lowe |
| | 14-1  4/17/2025 | Supporting Document - Verification by Plaintiff Keith Lowe | | |
| | 14-2  4/17/2025 | Transmittal | | |
| 15 | 4/17/2025 2:37:09 PM | E-Filed | | Motion - Other |
| | 15-1  4/17/2025 | Motion - Emergency Motion for Temporary Restraining Order and Preliminary Injunction | | |
| | 15-2  4/17/2025 | Supporting Document - Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunction | | |
| | 15-3  4/17/2025 | Supporting Document - Exhibit 01 | | |
| | 15-4  4/17/2025 | Supporting Document - Exhibit 02 (Filed under seal) | | |
| | 15-5  4/17/2025 | Supporting Document - Exhibit 03 | | |
| | 15-6  4/17/2025 | Transmittal | | |
| 16 | 4/17/2025 2:48:14 PM | E-Filed | | Motion - Other |
| | 16-1  4/17/2025 | Motion - Motion to File Medical Records under Seal | | |
| | 16-2  4/17/2025 | Transmittal | | |
| 17 | 4/22/2025 9:04:06 AM | E-Filed | | Service Return - Service Return |
| | 17-1  4/22/2025 | Service Return - Service Return | | |
| | 17-2  4/22/2025 | Transmittal | | |
| 18 | 4/22/2025 9:04:53 AM | E-Filed | | Service Return - Service Return |
| | 18-1  4/22/2025 | Service Return - Service Return | | |
| | 18-2  4/22/2025 | Transmittal | | |
| 19 | 4/22/2025 4:26:17 PM | E-Filed | | Order - Case - ORDER GRANTING PLAINTIFF'S MOTION TO FILE MEDICAL RECORDS UNDER SEAL |
| | 19-1  4/22/2025 | Order - ORDER GRANTING PLAINTIFF'S MOTION TO FILE MEDICAL RECORDS UNDER SEAL | | |
| | 19-2  4/22/2025 | Transmittal | | |
| 21 | 4/23/2025 2:42:38 PM | E-Filed | | Notice of Appearance - Notice of Appearance - Michael J. Del Giudice |
| | 21-1  4/23/2025 | Notice of Appearance - Notice of Appearance - Michael J. Del Giudice | | |
| | 21-2  4/23/2025 | Transmittal | | |

EXHIBIT B

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 22 | 4/23/2025 2:42:38 PM | Attorney Listed | D-003 | A-982 - Michael J. Del Giudice |
| 23 | 4/23/2025 2:42:38 PM | Attorney Listed | D-004 | A-982 - Michael J. Del Giudice |
| 24 | 4/24/2025 9:26:49 AM<br>24-1  4/24/2025<br>24-2  4/24/2025 | E-Filed<br>Notice of Appearance - Notice of Appearance<br>Transmittal | | Notice of Appearance - NOTICE OF APPEARANCE |
| 25 | 4/24/2025 9:26:49 AM | Attorney Listed | D-001 | A-11134 - Jonathan Mitchell Calhoun |
| 26 | 4/24/2025 9:26:49 AM | Attorney Listed | D-002 | A-11134 - Jonathan Mitchell Calhoun |