# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

KEITH LOWE,

        Plaintiff,

v.                                              CIVIL ACTION NO. 2:25-cv-00272

SUPERINTENDENT JOHN FRAME, et. al.

        Defendants.

## ORDER

For reasons appearing to the Court, this action is **ORDERED TRANSFERRED** to Rory L. Perry II, Clerk of the Court, for reassignment to another judge within this district.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

        ENTER:    April 28, 2025

*/s/ Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA