IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

KEITH LOWE,

    Plaintiff,

v.                              CIVIL ACTION NO. 2:25-cv-00272

SUPERINTENDENT JOHN FRAME, et al.,

    Defendants.

## CLERK'S ORDER

Pursuant to [3] Order, this action is hereby REASSIGNED from the docket of the Honorable Irene C. Berger, United States District Judge, to the Honorable Thomas E. Johnston, United States District Judge.

Copies of this Order shall be forwarded by the Clerk to Judge Berger, Judge Johnston, counsel of record, and any unrepresented party.

        DATED: April 29, 2025

        RORY L. PERRY II, Clerk of Court