IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KEITH LOWE,

    Plaintiff,

v.                              CIVIL ACTION NO. 2:25-cv-00272

SUPERINTENDENT JOHN FRAME, et al.,

    Defendants.

**ORDER**

The Court will hold a telephonic status conference in the above-styled case on **May 1, 2025, at 3:30 p.m**. The call-in information for the call is as follows: 304-461-4955, then dial 420 357 434# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:    April 29, 2025

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE