# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 5/1/2025 | Case Number: | 2:25-cv-00272 |
| Case Style: | Lowe vs. Frame | | |
| Type of hearing: | Telephonic Status Conference | | |
| Before the Honorable: | 2515-Johnston | | |
| Court Reporter: | Ayme Cochran | Courtroom Deputy: | Staci Wilson |

Attorney(s) for the Plaintiff or Government:

Lydia Milnes, Lesley Nash

Attorney(s) for the Defendant(s):

Jonathan Calhoun, Michael Del Giudice, Ben Shepard

| | |
|---|---|
| Law Clerk: | Rudy Rosenmeyer |
| Probation Officer: | N/A |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 3:30 PM | 3:48 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 18 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 3:30 p.m.
Actual Start: 3:30 p.m.

Parties present telephonically. Court addresses status of case. Court schedules preliminary injunction hearing for May 14, 2025, at 2:30 p.m.

Court recessed: 3:48 p.m.