IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KEITH LOWE,

    Plaintiff,

v.                       CIVIL ACTION NO. 2:25-cv-00272

SUPERINTENDENT JOHN FRAME, et al.,

    Defendants.

**ORDER**

On May 1, 2025, this Court held a telephonic status conference in the above-styled case. For reasons more fully stated on the record at that hearing, the Court **DIRECTS** Defendants to file their response to the motion for temporary restraining order no later than close of business on **May 12, 2025.** Further, the Court will hold a preliminary injunction hearing on **May 14, 2025, at 2:30 p.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:     May 1, 2025

                THOMAS E. JOHNSTON
                UNITED STATES DISTRICT JUDGE