IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KEITH LOWE,

        Plaintiff,

v.                              CIVIL ACTION NO. 2:25-cv-00272

SUPERINTENDENT JOHN FRAME, et al.,

        Defendants.

**ORDER**

Pending before the Court is the unopposed motion to permit remote testimony by video (ECF No. 15). For good cause shown, the Court **GRANTS** the motion (ECF No. 15) and permits Plaintiff and his expert to appear by video for the preliminary injunction hearing currently scheduled for May 14, 2025.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                            ENTER:     May 8, 2025

                            THOMAS E. JOHNSTON
                            UNITED STATES DISTRICT JUDGE