# District Judge Daybook Entry

| United States District Court - Southern District of West Virginia at Charleston | | | |
|---|---|---|---|
| Date: | 5/14/2025 | Case Number: | 2:25-cv-00272 |
| Case Style: | Lowe vs. Frame | | |
| Type of hearing: | Preliminary Injunction Hearing | | |
| Before the Honorable: | 2515-Johnston | | |
| Court Reporter: | Ayme Cochran | Courtroom Deputy: | Staci Wilson |
| Attorney(s) for the Plaintiff or Government: | | | |
| Lydia Milnes | | | |
| Attorney(s) for the Defendant(s): | | | |
| Jonathan Calhoun,Roberta Green,James Shepard | | | |
| Law Clerk: | Rudy Rosenmeyer | | |
| Probation Officer: | N/A | | |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 2:40 PM | 4:23 PM | Court actively conducting trial proceedings/Contested proceedings |
| 4:45 PM | 5:53 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 2 hours and 51 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled Start: 2:30 p.m.
Actual Start: 2:40 p.m.

Plaintiff present via video conferencing. Court addresses motion.
Plaintiff calls KEITH LOWE; oath given.
Direct by Ms. Milnes.
Plaintiff's Exhibit 1 marked and admitted.
Plaintiff's Exhibit 2 marked and admitted.
Plaintiff's Exhibit 3 marked and admitted.
Plaintiff's Exhibit 4 marked and admitted.
Plaintiff's Exhibit 5 marked and admitted.

Plaintiff requests portion under seal.
Direct by Ms. Milnes.
Cross by Mr. Calhoun.
Sealed portion of hearing concluded.

Direct continues by Ms. Milnes.
Cross by Mr. Calhoun.
Cross by Mr. Shepard.

Court recessed: 4:23 p.m.
Court reconvened: 4:45 p.m.

Plaintiff calls DR. STUART GRASSIAN; oath given.
Direct by Ms. Milnes.
Plaintiff's Exhibit 6 marked and admitted.
Cross by Mr. Calhoun.
Cross by Mr. Shepard.

Defendant calls JONATHAN FRAME; oath given.
Direct by Mr. Calhoun.
Defendant requests portion under seal.
Direct by Mr. Calhoun.

Cross by Ms. Milnes.
Sealed portion of hearing concluded.

Cross of Mr. Frame by Ms. Milnes.

Court hears argument on motion. Court takes matter under advisement.

Court recessed: 5:53 p.m.