IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

**KEITH LOWE,**

    **Plaintiff,**

v.     Civ. Act. No: 2:25cv272

**SUPERINTENDENT JOHN FRAME,**
**ACTING COMMISSIONER LANCE YARDLEY,**
**TIMOTHY THISTLETHWAITE, MD,**
**and PSIMED CORRECTIONS, LLC,**

    **Defendants.**

### STIPULATION OF DISMISSAL OF DEFENDANTS TIMOTHY THISTLETHWAITE, MD AND PSIMED CORRECTIONS, LLC

Plaintiff Keith Lowe, by counsel, and Defendants John Frame, Lance Yardley, Timothy Thistlethwaite, MD, and PsiMed Corrections, LLC, by their respective counsel, notify the Court that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties stipulate that Defendants Timothy Thistlethwaite and PsiMed Corrections, LLC, are dismissed without prejudice from this action. The action remains pending against Defendants John Frame and Lance Yardley.

Respectfully Submitted by:

/s/ Lydia C. Milnes
Lydia C. Milnes (WV Bar No. 10598)
Lesley M. Nash (WV Bar No. 14158)
Mountain State Justice, Inc.
1029 University Ave., Ste. 101
Morgantown, WV 26505
Phone: (304)326-0188
Fax: (304) 326-0189
lydia@msjlaw.org
*Counsel for Plaintiff*

*/s/ Robert F. Green*
Roberta F. Green (WVSB # 6598)
Shuman McCuskey Slicer PLLC
1411 Virginia Street East, Suite 200
P.O. Box 3953
Charleston, WV 25339
Phone: 304-345-1400
rgreen@shumanlaw.com
*Counsel for Defendant Thistlethwaite*


*/s/ J. Ben Shepard*
J. Ben Shepard (WVSB 13261)
Tamela J. White-Farrell (WVSB 6392)
Farrell & Farrell PLLC
P.O. Box 6457
Huntington, WV 25772
jbs@farrell3.com
*Counsel for Defendant PsiMed Corrections, LLC*


*/s/ Jonathan M. Calhoun*
Jonathan M. Calhoun, (WVSB 11134)
Assistant Attorney General
1900 Kanawha Boulevard East
Building 1, Room E-26
Charleston, WV 25301
Phone: 304-205-6830
jcalhoun@wvago.gov
*Counsel for Defendants John Frame and Lance Yardley*