IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**KEITH LOWE,**

    **Plaintiff,**

v.                                                             **Civ. Act. No: 2:25cv272**
                                                                        **Judge Thomas Johnston**

**SUPERINTENDENT JOHN FRAME and**
**ACTING COMMISSIONER LANCE YARDLEY,**

    **Defendants.**

## JOINT MOTION FOR EMERGENCY STATUS CONFERENCE

COME NOW Plaintiff Keith Lowe, by counsel, and Defendants John Frame and Lance Yardley, by counsel, and jointly request an emergency status conference on a date and time to be determined by the Court. In support of their motion, the parties state as follows:

    1.    On May 23, 2025, this Court issued its *Memorandum Order & Opinion* requiring Defendants to "effectuate [Plaintiff's] transfer to a state psychiatric facility." Dkt. No. 40 at 26.

    2.    As of today, June 4, 2025, Mr. Lowe remains incarcerated at Mt. Olive Correctional Complex ("MOCC"). He is currently housed on the mental health unit, where he remains housed in an isolation cell for 24 hours a day.

    3.    Defendant Frame avers that he filed a petition to institute mental hygiene proceedings pursuant to West Virginia Code § 27-5-1 et seq to effectuate transport of the Plaintiff to a state psychiatric hospital in an attempt to comply with the aforesaid *Memorandum Order & Opinion*, after being informed that the Plaintiff would not be admitted to an appropriate state psychiatric facility unless the procedures set forth by statute were satisfied. Defendant Frame further avers that he must provide Mr. Lowe with a final evaluation to effectuate transport.

However, Sharpe Hospital has declined to provide such evaluation, suggesting instead that WVDCR's contractor, PsiMed, perform such assessment. Both parties to this litigation and non-party PsiMed believe evaluation by PsiMed in this situation would be inappropriate.

4. As such, the parties jointly request a status conference to update the Court on Plaintiff's condition and the actions of Defendants; and to seek additional guidance from this Court.

WHEREFORE, for good cause shown, the parties jointly request that the Court schedule an emergency status conference on a date and time to be determined by this Court, in order to ensure compliance with this Court's Order of May 23, 2025.

**Prepared by:**

/s/ *Lesley M. Nash*
Lydia C. Milnes (WVSB #10598)
Lesley M. Nash (WVSB #14158)
Mountain State Justice, Inc.
1029 University Ave., Ste. 101
Morgantown, WV 26505
Phone: (304) 326-0188
Fax: (304) 326-0189
lydia@msjlaw.org
lesley@msjlaw.org
*Counsel for Plaintiff*


 /s/ *Jonathan M. Calhoun*
Jonathan M. Calhoun (WVSB #11134)
Assistant Attorney General
1900 Kanawha Blvd. East
Building 1, Room E-26
Charleston, WV 25301
Phone: (304) 205-6830
jcalhoun@wvago.gov
*Counsel for Defendants*