IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KEITH LOWE,

    Plaintiff,

v.    CIVIL ACTION NO. 2:25-cv-00272

SUPERINTENDENT JOHN FRAME, et al.,

    Defendants.

**ORDER**

Pending before the Court is the joint motion for emergency status conference (ECF No. 42). For good cause shown, the Court **GRANTS** the motion (ECF No. 42) and schedules a telephonic status conference for **June 5, 2025, at 4:30 p.m.** The call-in information for the call is as follows: 304-461-4955, then dial 899 329 860# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

    ENTER:    June 5, 2025

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE