# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

KEITH LOWE,

        Plaintiff,

v.                                  CIVIL ACTION NO.   2:25-cv-00272

SUPERINTENDENT JOHN FRAME, et al.,

        Defendants.

## ORDER

Pending before the Court is Plaintiff Keith Lowe's Motion to Facilitate the Release of Records.  (ECF No. 46.)  Pursuant to 28 U.S.C. § 636, the Court **ORDERS** that said motion be referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for disposition.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER:      July 2, 2025

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE