**From:** [Jonathan M. Calhoun](#)
**To:** [Lesley Nash](#)
**Subject:** RE: Lowe v Frame
**Date:** Wednesday, July 2, 2025 9:16:09 AM

Lesley,

It is my understanding that the placement in South Carolina did not accept Mr. Lowe and the Department of Health Facilities is trying to locate another appropriate facility. I am not able to speak for Sharpe's position and the ball is in the Department of Health Facilities' court in terms of Mr. Lowe's placement and treatment at this time, but DCR will cooperate with Health Facilities to effectuate Mr. Lowe's transfer to an appropriate mental health facility. If I get more information in terms of DHF identifying a viable placement for Mr. Lowe, I will let you know.

Sincerely,

Jonathan M. Calhoun
Assistant Attorney General

---

**From:** Lesley Nash <lesley@msjlaw.org>
**Sent:** Tuesday, July 1, 2025 2:58 PM
**To:** Jonathan M. Calhoun <Jonathan.M.Calhoun@wvago.gov>
**Subject:** RE: Lowe v Frame

Jonathan,

It is still unclear to us how Sharpe is not an "appropriate" placement for Mr. Lowe, given that Sharpe is the state's forensic hospital and is designed to care for individuals in Mr. Lowe's situation. We are also incredibly concerned that, after finding final commitment appropriate yesterday, Mr. Lowe was returned to MOCC, to the unit and conditions in which his condition has deteriorated in recent weeks.

Have you received any information regarding where, exactly, DHF and the state intend to send Mr. Lowe? I know when we last spoke about this, you said no one was able to provide you with that information. At this point, surely, there is some information regarding where they intend to send our client. I am requesting that any information regarding where Mr. Lowe is going to be sent be provided to us as soon as it is available, and that we are informed before he is moved.

Lesley Nash (*she/her*)
Staff Attorney
Mountain State Justice
1029 University Ave., Suite 101
Morgantown, WV 26505
(304) 326-0188
(304) 326-0189 (fax)

This communication is intended only for the use of the individual to whom or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from

disclosure under applicable law. If the recipient of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is prohibited. If you have received this communication in error, please notify us immediately and delete the message.

---

**From:** Jonathan M. Calhoun <Jonathan.M.Calhoun@wvago.gov>
**Sent:** Tuesday, July 1, 2025 1:22 PM
**To:** Lesley Nash <lesley@msjlaw.org>
**Subject:** RE: Lowe v Frame

Lesley,

I was told by my client that the final commitment was granted by the mental hygiene commissioner at the conclusion of the hearing. It is my understanding that the Department of Health Facilities is still trying to locate an appropriate placement for Mr. Lowe and he is in the Mt. Olive mental health unit pending an appropriate placement.

Thank you,

Jonathan M. Calhoun
Assistant Attorney General

---

**From:** Lesley Nash <lesley@msjlaw.org>
**Sent:** Tuesday, July 1, 2025 10:43 AM
**To:** Jonathan M. Calhoun <Jonathan.M.Calhoun@wvago.gov>
**Subject:** Re: Lowe v Frame

Jonathan,

I wanted to check in to see if you have an update following Mr. Lowe's hearing yesterday.

Thanks,

Lesley Nash (*she/her*)
Staff Attorney
Mountain State Justice
1029 University Ave., Suite 101
Morgantown, WV 26505
(304) 326-0188
(304) 326-0189 (fax)

This communication is intended only for the use of the individual to whom or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the recipient of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is prohibited. If you have received this communication in error, please notify us immediately and delete the message.