# Courtroom Minute Entry

**Room:** Beckley  **Case No.:** 2:25-cv-272  **Type:** Motions Hearing
**Caption:** Lowe v. Frame, et al.  **Judge:** Omar Aboulhosn

**Started:** 7/8/2025 2:55:38 PM
**Ends:** 7/8/2025 3:33:47 PM  **Length:** 00:38:10

| Time | Event |
|---|---|
| 2:56:49 PM | Judge Omar Aboulhosn |
| 2:56:52 PM | Courtroom Deputy Tammy Davis |
| 2:56:53 PM | Court Reporter: Court Smart |
| 2:56:55 PM | Law Clerk: Heather Kropac |
| 2:57:04 PM | Counsel for Plaintiff Lesley Marie Nash |
| 2:57:15 PM | Counsel for Defendant Jonathan M. Calhoun |
| 2:57:16 PM | Counsel for Secretary Michael Caruso Gail Lipscomb |
| 2:59:59 PM | **PLAINTIFF'S MOTION FOR ORDER FACILITATE THE RELEASE OF RECORDS IN RELATED MENTYAL HYGIENE CASE** |
| 3:00:01 PM | **(ECF 46) VIA TEAMS VIDEOCONFERENCE** |
| 3:03:27 PM | Judge Omar Aboulhosn calls case. |
| 3:04:03 PM | Attorney Lesley Nash addresses the Court. |
| 3:05:11 PM | Judge Omar Aboulhosn |
| 3:05:14 PM | Discusses what happened at the Final Hearing. |
| 3:05:35 PM | Attorney Gail V. Lipscomb addresses the Court. |
| 3:07:15 PM | Judge Omar Aboulhosn |
| 3:07:18 PM | That is the problem. That he has not been taken to a jail. That is beyond me. |
| 3:07:31 PM | I have read the pleadings and the opposition. |
| 3:07:39 PM | Counsel should be able to have - he is the respondent. |
| 3:07:51 PM | He has counsel in state court and federal court. |
| 3:08:02 PM | I would like to examine the records in camera. |
| 3:08:18 PM | We are talking about is giving the records to the defendant and his representatives. |
| 3:08:51 PM | How do I get those records? |
| 3:09:03 PM | Attorney Lesley Nash addresses the Court. |
| 3:10:15 PM | Attorney Gail V. Lipscomb addresses the Court. |
| 3:18:12 PM | Judge Omar Aboulhosn |
| 3:18:27 PM | He certainly has a right to have a record for all proceedings - he is entitled to those. |
| 3:18:54 PM | And we should get them to him forthwith. |
| 3:19:03 PM | Attorney Gail V. Lipscomb addresses the Court. |
| 3:19:55 PM | Judge Omar Aboulhosn |
| 3:19:58 PM | Lets cut to the chase. I want all the records, and I'll decide what to do with them. |
| 3:20:14 PM | How do I get them? |
| 3:20:18 PM | Attorney Gail V. Lipscomb addresses the Court. |
| 3:20:31 PM | Judge Omar Aboulhosn |
| 3:20:34 PM | Have an Order prepared for me to execute that state court should produce transcripts |
| 3:20:49 PM | and I can review them in camera and decide whether they will be disclosed. |
| 3:21:03 PM | Attorney Gail V. Lipscomb addresses the Court. |
| 3:21:58 PM | Judge Omar Aboulhosn |
| 3:22:02 PM | I think we are going to long way around. |
| 3:22:20 PM | Attorney Gail V. Lipscomb addresses the Court. |
| 3:23:35 PM | Judge Omar Aboulhosn |
| 3:23:38 PM | Gives counsel an example. |
| 3:24:38 PM | Attorney Gail V. Lipscomb addresses the Court. |
| 3:25:53 PM | Judge Omar Aboulhosn |
| 3:25:59 PM | How do I get those records? |
| 3:26:13 PM | Attorney Gail V. Lipscomb addresses the Court. |
| 3:27:22 PM | Attorney Lesley Nash addresses the Court. |
| 3:28:24 PM | Judge Omar Aboulhosn |
| 3:28:27 PM | I fully appreciate the distinction. |
| 3:28:45 PM | I want the transcripts and the records. |
| 3:28:53 PM | Attorney Jonathan Calhoun addresses the Court. |
| 3:29:40 PM | Judge Omar Aboulhosn |
| 3:29:44 PM | Ms. Nash, how about you prepare the Order for transcripts and records, and I will enter an Order to |

| | |
|---|---|
| **3:30:10 PM** | disclose to me in camera. |
| **3:30:41 PM** | I would want that to be expeditiously done. |
| **3:31:04 PM** | You can email that proposed Order it to me and my law clerk. |
| **3:31:36 PM** | For in camera review. |
| **3:32:10 PM** | Attorney Gail V. Lipscomb addresses the Court. |
| **3:32:19 PM** | Judge Omar Aboulhosn |
| **3:32:21 PM** | Get it to me and then we'll go from there. |
| **3:32:30 PM** | I may file it under seal. |
| **3:33:16 PM** | Is there anything else to take care of at this time? |
| **3:33:40 PM** | Hearing adjourned. |