## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

KEITH LOWE,

        Plaintiff,

v.                                CIVIL ACTION NO.  2:25-cv-00272

SUPERINTENDENT JOHN FRAME, et al.,

        Defendants.

### ORDER

Pending before the Court is plaintiff Keith Lowe's Motion to Enforce the Preliminary Injunction, Order Civil Contempt, and to Order Sanctions.   (ECF No. 71.)   Plaintiff also requests expedited briefing on the Motion.

For good cause shown, the Court **DIRECTS** Defendants to file their response to the Motion no later than **July 31, 2025.** Further, the Court will hold a hearing on **August 4, 2025, at 1:30 p.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:      July 24, 2025

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE