# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**KEITH W.R. LOWE,**

      **Plaintiff,**

v.                                         Civil Action No. 2:25-cv-272
                                               (Honorable Thomas Johnston)

**JOHN FRAME,**
**DAVID KELLY, and**
**MICHAEL CARUSO,**

      **Defendants.**

## CERTIFICATE OF SERVICE

      I, Lesley M. Nash, counsel for the Plaintiff, do hereby certify that on the 25th day of July 2025, I served **"Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Request for Admission to Defendant John Frame."** I filed the Certificate of Service with the Clerk of Court using the CM/ECF system. In addition, I served this document on the following recipients by electronic mail, which will provide true and correct copies of the same to the following:

| | |
|---|---|
| Jonathan M. Calhoun (WVSB #11134) | Gail V. Lipscomb (WVSB #7077) |
| Assistant Attorney General | Assistant Attorney General |
| 1900 Kanawha Boulevard East | 812 Quarrier Street, 6th Floor |
| Building 1, Room E-26 | Charleston, WV 25301 |
| Charleston, WV 25301 | Phone: 304-558-2131 |
| Phone: 304-205-6830 | Gail.v.lipscomb@wvago.gov |
| jcalhoun@wvago.gov | *Counsel for Defendant Caruso* |
| *Counsel for Defendants Frame and Kelly* | |

                                                           /s/ *Lesley M. Nash*
                                                           Lesley M. Nash (#14158)