# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**KEITH W.R. LOWE,**

 **Plaintiff,**

v.                 Civ. Act. No: 2:25cv272
                   (Judge Thomas Johnston)

**SUPERINTENDENT JOHN FRAME,**
**COMMISSIONER DAVID KELLY, and**
**SECRETARY MICHAEL CARUSO,**

 **Defendants.**

## NOTICE OF APPEARANCE

 NOW COMES Plaintiff Keith Lowe, by and through counsel, and notices the appearance of Sarah K. Brown and the law firm of Mountain State Justice, Inc., 1217 Quarrier Street, Charleston, West Virginia, 25301.

                      **Respectfully Submitted,**
                      **KEITH W.R. LOWE,**
                      **By Counsel,**

/s/ Sarah K. Brown
Sarah K. Brown (WVSB #10845)
Lydia C. Milnes (WVSB #10598)
Lesley M. Nash (WVSB #14158)
Mountain State Justice, Inc.
1029 University Ave., Ste. 101
Morgantown, WV 26505
Phone: (304) 326-0188
Fax: (304) 326-0189
lydia@msjlaw.org
lesley@msjlaw.org
*Counsel for Plaintiff*