**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**KEITH W.R. LOWE,**

    **Plaintiff,**

v.                                                 **Civ. Act. No: 2:25cv272
(Judge Thomas Johnston)**

**SUPERINTENDENT JOHN FRAME,
COMMISSIONER DAVID KELLY, and
SECRETARY MICHAEL CARUSO,**

    **Defendants.**

**<u>NOTICE OF DEPOSITION OF PATRICK RYAN</u>**

Please be advised that Plaintiff Keith W.R. Lowe, by and through counsel, will take the deposition of Patrick Ryan on **Wednesday, August 6, 2025**, beginning at **11:00 am,** before a certified court reporter or officer authorized by law to take depositions in the State of West Virginia.

This deposition will take place at William R. Sharpe, Jr. Hospital, 936 Sharpe Hospital Road, Weston, West Virginia, 26452.

                                                      **Respectfully submitted,
KEITH W.R. LOWE,
By and through counsel,**

/s/ *Lesley M. Nash*
Sarah K. Brown (WVSB #10845)
Lydia C. Milnes (WVSB #10598)
Lesley M. Nash (WVSB #14158)
Mountain State Justice, Inc.
1029 University Ave., Ste. 101
Morgantown, WV 26505
Phone: (304) 326-0188
lydia@msjlaw.org
lesley@msjlaw.org
Counsel for Plaintiff