**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA**

**KEITH LOWE,**

        **Plaintiff,**

**v.**                                     **Civ. Act. No: 2:25-cv-272**
                                                **Honorable Thomas Johnston**

**SUPERINTENDENT JOHN FRAME and
COMMISSIONER DAVID KELLY,**

        **Defendants.**

## NOTICE OF INTENT TO SERVE SUBPOENA

Plaintiff Keith Lowe, by counsel, hereby gives notice pursuant to Rule 45(a)(4) of the

Federal Rules of Civil Procedure of his intent to serve the attached subpoena to appear and testify

at a hearing in a civil matter on Patrick Ryan, Chief Executive Officer of William R. Sharpe, Jr.

Hospital.

                                                    **Respectfully submitted,
Keith Lowe,**
By counsel:

/s/ *Lesley M. Nash*
Lesley M. Nash (WVSB #14158)
Lydia C. Milnes (WVSB #10598)
Mountain State Justice, Inc.
1029 University Ave., Ste. 101
Morgantown, WV 26505
Telephone: (304) 326-0188
lesley@msjlaw.org
lydia@msjlaw.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA**

**KEITH LOWE,**

      **Plaintiff,**

**v.**
                                               **Civ. Act. No: 2:25-cv-272**
                                               **Honorable Thomas Johnston**

**SUPERINTENDENT JOHN FRAME and
COMMISSIONER DAVID KELLY,**

      **Defendants.**

## CERTIFICATE OF SERVICE

        I hereby certify that on the 29th of July 2025, I caused the foregoing **"Notice of Intent to Serve Subpoena"** to be served upon counsel of record by utilizing the Court's CM/ECF System, which will provide copies of the same to the following:

Jonathan M. Calhoun, (WVSB #11134)
Assistant Attorney General
1900 Kanawha Boulevard East
Building 1, Room E-26
Charleston, WV 25301
Phone: 304-205-6830
jcalhoun@wvago.gov
*Counsel for Defendants Frame & Kelly*

Gail V. Lipscomb (WVSB #7077)
Assistant Attorney General
812 Quarrier Street, 6th Floor
Charleston, WV 25301
Phone: 304-558-2131
Gail.v.lipscomb@wvago.gov
*Counsel for Defendant Caruso*

*/s/ Lesley M. Nash*
Lesley M. Nash (WVSB #14158)