# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA

KEITH LOWE,

    Plaintiff,

v.                                                    Civ. Act. No: 2:25-cv-272
                                                      Honorable Thomas Johnston

SUPERINTENDENT JOHN FRAME and
COMMISSIONER DAVID KELLY,

    Defendants.

## NOTICE OF INTENT TO SERVE SUBPOENA

Plaintiff Keith Lowe, by counsel, hereby gives notice pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure of his intent to serve the attached subpoena to appear and testify at a hearing in a civil matter on Evan Dove, in his role as a mental hygiene commissioner in Fayette County.

                                                   **Respectfully submitted,**
                                                   **Keith Lowe,**
                                                   By counsel:

/s/ *Lesley M. Nash*
Lesley M. Nash (WVSB #14158)
Lydia C. Milnes (WVSB #10598)
Mountain State Justice, Inc.
1029 University Ave., Ste. 101
Morgantown, WV 26505
Telephone: (304) 326-0188
lesley@msjlaw.org
lydia@msjlaw.org

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

**KEITH LOWE,**

    **Plaintiff,**

**v.**                                                       **Civ. Act. No: 2:25-cv-272**
                                                             **Honorable Thomas Johnston**

**SUPERINTENDENT JOHN FRAME and**
**COMMISSIONER DAVID KELLY,**

    **Defendants.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th of July 2025, I caused the foregoing **"Notice of Intent to Serve Subpoena"** to be served upon counsel of record by utilizing the Court's CM/ECF System, which will provide copies of the same to the following:

| | |
|---|---|
| Jonathan M. Calhoun, (WVSB #11134) | Gail V. Lipscomb (WVSB #7077) |
| Assistant Attorney General | Assistant Attorney General |
| 1900 Kanawha Boulevard East | 812 Quarrier Street, 6th Floor |
| Building 1, Room E-26 | Charleston, WV 25301 |
| Charleston, WV 25301 | Phone: 304-558-2131 |
| Phone: 304-205-6830 | Gail.v.lipscomb@wvago.gov |
| jcalhoun@wvago.gov | *Counsel for Defendant Caruso* |
| *Counsel for Defendants Frame & Kelly* | |

                                                */s/ Lesley M. Nash*
                                                Lesley M. Nash (WVSB #14158)