AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 2:25cv272

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Evan Dove
on *(date)* 7-31-2025.

☐ I served the subpoena by delivering a copy to the named person as follows: By hand delivering a true copy to Hetti Stone whom was given permission to accept on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-31-2025

*Lora P. Stevens*
Server's signature

Lora P. Stevens
Printed name and title

J.P. Stevens Process Service &
Investigation, LLC
P.O. Box 5051
Server's address Beckley, WV 25801

Additional information regarding attempted service, etc.:

**Print name:**
Hetti Stone

**Sign for:**
*Hetti Stone*
Legal Secretary