IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

**KEITH LOWE,**

    **Plaintiff,**

v.                                                    Civ. Act. No: 2:25-cv-272
                                                   Honorable Thomas Johnston

**SUPERINTENDENT JOHN FRAME and
COMMISSIONER DAVID KELLY,**

    **Defendants.**

## NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED TO CHARITY HEDING

Plaintiff Keith Lowe, by counsel, hereby gives notice that he withdraws his subpoena issued to Charity Heding on July 31, 2025.

                                                             **Respectfully submitted,**
                                                            **Keith Lowe,**
                                                            By counsel:

/s/ *Lesley M. Nash*
Lesley M. Nash (WVSB #14158)
Lydia C. Milnes (WVSB #10598)
Mountain State Justice, Inc.
1029 University Ave., Ste. 101
Morgantown, WV 26505
Telephone: (304) 326-0188
lesley@msjlaw.org
lydia@msjlaw.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA**

KEITH LOWE,

    Plaintiff,

v.                                                        Civ. Act. No: 2:25-cv-272
                                                             Honorable Thomas Johnston

SUPERINTENDENT JOHN FRAME and
COMMISSIONER DAVID KELLY,

    Defendants.

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 3rd of August I caused the foregoing **"Notice of Withdrawal of Subpoena to Charity Heding"** to be served upon counsel of record by utilizing the Court's CM/ECF System, which will provide copies of the same to the following:

| | |
|---|---|
| Jonathan M. Calhoun, (WVSB #11134) | Gail V. Lipscomb (WVSB #7077) |
| Assistant Attorney General | Assistant Attorney General |
| 1900 Kanawha Boulevard East | 812 Quarrier Street, 6th Floor |
| Building 1, Room E-26 | Charleston, WV 25301 |
| Charleston, WV 25301 | Phone: 304-558-2131 |
| Phone: 304-205-6830 | Gail.v.lipscomb@wvago.gov |
| jcalhoun@wvago.gov | *Counsel for Defendant Caruso* |
| *Counsel for Defendants Frame & Kelly* | |

                                                                */s/ Lesley M. Nash*
                                                                 Lesley M. Nash (WVSB #14158)