

**STATE OF WEST VIRGINIA**
DEPARTMENT OF HOMELAND SECURITY
**DIVISION OF CORRECTIONS AND REHABILITATION**



**LANCE YARDLEY**
ACTING COMMISSIONER

**ROB CUNNINGHAM**
CABINET SECRETARY

Mount Olive Correctional Complex & Jail
One Mountainside Way
Mt. Olive, WV 25185
304-442-7213 Telephone
304-442-7225 Fax



PLAINTIFF'S EXHIBIT
CASE NO. 2:25-cv-272
EXHIBIT NO. 2

**TO:** Mental Health Commissioner

**FROM:** John Frame, Superintendent

**DATE:** 27 May 2025

**RE:** Keith Lowe OID#3380501

Below is the medical, mental health, conviction and Institutional Record history of Inmate Keith Lowe.

### MEDICAL

- Inmate Lowe's medical health has been noted as good with no weight loss and life altering medication. He has been reviewed for addiction and was approved for the suboxone program. He has refused two chronic clinics on 4/16/25 and 5/15/25, enabling the medical provider to monitor his progress on the suboxone program.

### MENTAL HEALTH

- Inmate Lowe's mental health provider Doctor Kristen Canterberry last seen him on 3/8/25. He reported to his doctor that he was having side effects (trouble sleeping at night) from his medication but stated they were helping and didn't want to change them. Doctor Canterberry is scheduled to see Inmate Lowe on 6/12/25.

As you can see attached to the Mental Health examination application his documented prescribed medications. Mental health makes daily rounds in the segregation unit making every attempt to see each inmate at least once a week. Inmate Lowe has reported that he has a good report with Catherine Kincaid Mental Health onsite Physic assistant. He has access to mental health through sick calls, Physic assistants who are onsite in the segregation units daily Monday through Friday and access to an on call Licensed Mental Health provider on zoom if there is a crisis. Correctional Staff can initiate this by informing medical staff who will notify the Mental Health provider and schedule the zoom call. Correctional Staff will then escort the inmate to a computer with access.

Inmate Lowe has attempted suicide twice. Once on 1/23/23 he cut himself in several locations on his body causing injury to his left, right forearm, face, top of his head and scrotum. He was treated

at Mount Olive Correctional Complex and placed on suicide watch. He stayed on watch and was released on 1/25/23 after he informed Mental Health staff that he committed to safety. The latest was on 4/6/25 where he attempted to overdose with his prescribed suboxone he saved up, He was transported to Montgomery General Hospital where he signed an AMA release form and was transported back to Mount Olive Correctional Complex. Once back in the complex he was placed on suicide watch. He stayed on watch and was released on 4/9/25 after he informed Mental Health staff he committed to safety.

Inmate Lowe has been on suicide watch four times once in 2019 due to erratic behavior and the Mental Health provider didn't feel safe leaving him in his cell in segregation. The second time was for the above incident in 2023. The third time was in 2024, Inmate Lowe stated to Mental Health staff that he felt suicidal. The last time was for the above incident in 2025.

Inmate Lowe signed an AMA refusal on 4/25/25 and wrote "I just don't or can't find the energy to come out of my cell I'll try really hard next time."

Inmate Lowe refused to sign an AMA refusal on 5/19/25 and wrote "I'm good."

## CONVICTION

- Inmate Lowe was charged with first degree murder in Kanawha County 10/21/2003

## INSTITUTIONAL RECORD

- Class-I write ups he has had 30

- Class-II write ups he has had 32

Attached is a breakdown of the severity of the Class-I write ups to show the threat to security that he is capable of.