IN THE CIRCUIT COURT OF __Fayette__ COUNTY, WEST VIRGINIA

IN RE: The Involuntary Hospitalization, Treatment Compliance, or Temporary Probable Cause of:

Case No.: __25__-MH(TCO/TPC)-__25__

Criminal Case No.: _____ *(if applicable)*

__Keith William Lowe__
RESPONDENT (NAME OF PATIENT)

## CERTIFICATE OF LICENSED EXAMINER  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
*West Virginia Code §§ 27-5-2, 3, & 4, § 27-5-11 and § 27-6A-1 (et seq.)*

Instruction: *All pages of this certificate must by fully completed.*

I, __S. Jill Daniel__ [Print name of Licensed Physician, Licensed Psychologist, Court authorized Licensed Independent Clinical Social Worker, or Court authorized Licensed Advanced Nurse Practitioner with Psychiatric Certification or Physician Assistant or Licensed Professional Counselor], do hereby certify and state as follows:

I have personally observed and examined __Keith William Lowe__ [full name of Respondent] whose identifying information is believed to be,

DATE OF BIRTH __03/08/1974__; WEIGHT __+/- 170__; HEIGHT __6'0__

HAIR COLOR _____  HAIR LENGTH _____; EYE COLOR __hazel__

SEX __male__; RACE __Caucasian__

RESPONDENT'S LAST KNOWN ADDRESS: __11 Mountainside Way Mt. Olive, WV 25185__

PLACE OF BIRTH [state or country] __OH__

THE RESPONDENT IS:

A RESIDENT OF __Fayette__ COUNTY, __WV__ STATE

On this date and my findings are as follows:

Date of Examination: __05/30/2025__  Time: __3:00__  ☐ a.m. / ☑ p.m.

Place of the Examination: __Virtual/Mt.Olive/Fayetteville/Beckley__ [Location]
__Fayetteville__ [City] __Fayette__ [County], West Virginia.

1. I find there is reason to believe the Respondent [initial the appropriate items below]

   __SJD__ HAS mental illness        _____ HAS NO mental illness

   __SJD__ HAS substance use disorder  _____ HAS NO substance use disorder

INV 10: Certificate of Licensed Examiner
Revised: 01/28/2025; WVSCA Approved: 01/28/2021

PLAINTIFF'S EXHIBIT
CASE NO. 2:25-cv-272
EXHIBIT NO. 5

Case No.: _75_-MH(TCO/TPC)- _25_

2. *If the individual is being certified for substance use disorder, initial the following if it is applicable.*
   __SJD__ I recommend that the individual be closely monitored because of the reasonable likelihood that withdrawal or detoxification will cause significant medical complications. Rx suboxone for OUD

3. I further find that the Respondent *[initial one]* __SJD__ IS _____ IS NOT likely to cause harm to himself/herself or other DUE TO HIS/HER MENTAL ILLNESS OR SUBSTANCE USE DISORDER.

4. If the selection is question 3 above is "IS," it is based on one or more of the following: *[check all appropriate items from the list of six items below and detail the specific facts under each checked item]*

☐ The individual has inflicted, or attempted to inflict, bodily harm on another: *[describe]*

_____

☐ *Criminal Proceedings only* – The individual is currently committed to a state psychiatric hospital in accordance with W. Va. Code § 27-6A-1 *et seq.*, and the individual is a foreseeable danger to self or others outside the hospital setting: *[describe the static and current acute and chronic dynamic risk factors for hard AND how the absence of the individual's personal protective strengths result in the individual being a foreseeable danger]*

_____

☐ The individual by threat or action, has placed other in reasonable fear of physical harm to themselves: *[describe]*

_____

☐ The individual, by action or inaction, has presented a danger to others in his or her care: *[describe]*

_____

☑ The individual has threatened or attempted suicide or serious bodily harm to himself or herself: *[describe]*
per respondent - daily SI w/ plan and urges to act on them. Recent attempt elevates risk (per CDC) solitary confinement elevates

☐ The individual is behaving in such a manner as to indicate that her or she is unable, without supervision and the assistance of others, to satisfy his or her need for nourishment, medical care, shelter or self-protection and safety so that there is substantial likelihood that death, serious bodily injury, serious physical debilitation, serious mental debilitation or life-threatening disease will ensue unless adequate treatment is afforded: *[describe]*    risk (per NIH)

Case No.: __25__ -MH(TCO/TPC) - __25__

5. *You must complete this question if you have indicated substance use disorder in question 1.*

   The specific manifestations which have occurred WITHIN 30 DAYS prior to the filing of this petition/application in this action upon which my findings of substance use disorder is based are: *[Check all that apply; you MUST check at least one.]* Diagnosed and treated for OuD w/ suboxone

   ☐ Recurrent substance use resulting in a failure to fulfill major role obligations at work, school or home: *[specify]*

   ☐ Recurrent substance use in situations in which it is physically hazardous: *[specify]*

   ☐ Recurrent substance-related legal problems *[specify]*
   Currently serving life sentence for 1st d. murder (10/2003)

   ☐ Continued substance use despite knowledge of having persistent or recurrent social or interpersonal problems caused or exacerbated by the effects of the substance: *[specify]*

6. I received information relevant to this evaluation form the following sources: *[Consult as many sources as possible; check all that apply]*   ☑ Respondent  ☑ Petitioner  ☐ Medical Record  ☐ Physician  ☐ Family Members  ☑ Other: *[list]* ___Psi Med___

Army - 1996 - 2000

Marital Status: single

Education: HS diploma.

Case No.: 25-MH(TCO/TPC) - 25

7. You must complete this question if you have indicated "mental illness" or "substance use disorder" in question 1. Orientation - time - May 2025; place - Kanawha Co.

A. The specific, CURRENT, symptoms and behaviors I HAVE OBSERVED are:

understands proceeding. States treated for "I'm not sure", "I've been diagnosed w/ bipolar, paranoid schizophrenia, psychotic disorder, borderline p.d., antisocial p.d., & Post traumatic stress, depression." Meds - "yes" "They don't necessarily help & I still have issues." Sleep - falling & staying asleep yes & sometimes I sleep for 2-3 days then can't sleep @ all. Appetite changes - yes - in last 2 wks not much of an appetite. Mood - "down, sad, angry, one minute I'm so angry I can't think then cry uncontrollably." Mood disturbance rated "extreme" on a scale of 1-10. Rates a 7. Energy level - "for a month I wasn't able to shave or brush my teeth or shower" but doing better w/ looking care of myself in last mo. Thoughts that cause distress "everyday I wake up wanting to die." "I have nothing to live for I don't want to hold on"; tearful. "I am staying alive for the people who care for me." Plan: "Yes" "I know exactly how & I won't fail next time." States he cut his testicles but "I failed that one." "This time I thought it was timed perfectly I was @ peace w/ no more pain." States he won't tell the plan. "b/c they punish you." "I'm going to succeed." Some guys want attention but I know better. "Pointless" X harmed himself. OD attempt → took "I was told it was fentanyl." Thoughts of harm to others - "Well today for the first time in a long time I've never thought about assaulting a CO, in fact I've saved several of them. Last nt I've had claustrophobia & crying spell

Case No.: 25 -MH(TCO/TPC) -25

7. You must complete this question if you have indicated "mental illness" or "substance use disorder" in question 1. continued

A. The specific, CURRENT, symptoms and behaviors I HAVE OBSERVED are:

and asked CO for "mental health, really bad & having suicidal thoughts" & he looked @ me and laughed & I told him Fuck you; he kept saying "do it, do it." "Goading me." "I'm embarrassed & ashamed." "I had thoughts of punching him in the face & he told me I was a bitch." "He shouldn't be around mental health; I would have punched him a lot but I didn't normally want to be distracted extracted." Put on MH unit yesterday, doesn't know why he was moved. Being on unit "exasperated my mental health like that" (being on the unit) "it's a madhouse." "I'd rather be in solitary & I asked." a/u - "certainly voices" but for denies v.s. hallucination. Denies voices telling him to harm other people. Unsure if it's him "or everybody" hears voices to harm himself. "And I'm a piece of shit and crybaby." Mental health tx before Conviction - "All my life - suicide attempt @ 15 & "in juvenile unit" "diagnosed w/ schizophrenia, ADHD & depression @ 17" "I have the records." "Voluntary & Involuntary" "8 mo before murder I went to VA for 6 wks & I didn't follow up or take the medicine when I got out." Involuntary hx: "Chillicothe OH, Lex KY. (LA - not a commitment). Resident of OH until age 27-28. Trauma hx - "yes ma'am." "Too ashamed to address w/ therapist but has addressed w/ other providers in the past.

(margin: and extremely angry)

Case No.: 25 -MH(TCO/TPC) - 25

7. *You must complete this question if you have indicated "mental illness" or "substance use disorder" in question 1.*

   A. The specific, CURRENT, symptoms and behaviors I HAVE OBSERVED are:

   MSE continued pg 3 — Appears stated age. Interactive/alert/cooperative. Thoughts coherent, organized. Speech WNL. Affect labile/mood dysphoric. Tearful off & on throughout interview. Insight fair to poor. Psychomotor activity level WNL.

pg 5/#2          Case No.: __2S__-MH(TCO/TPC)-__25__

'continued

B. Other current symptoms & behaviors relayed/presented to me by petitioners, witnesses, documents or other sources on which my finding of mental illness and/or substance use disorder is based on the following:

continued - no further info from provider/psy chart, & certifier did not receive any return call requested earlier in the day w/ Psi med. Per Mr. Framer documentation, Ms Canterbury last saw respondent 03/0/25 - trouble sleeping. D'ament states h/o of suicide attempt 01/2023 by cutting both forearms, face, head, a scrotum and 04/06/2025 via OD w/ "prescribed Suboxone he saved up". Taken to Montgomery General Hospital - signed an AMA release. a Transported back to MOCC - on suicide watch until 04/09/25 when he "committed to safety". On suicide watch 2019 x 4, 2023, 2024, & 2025. "AMA refusal" signed 04/25/25 and 05/19/25. (Unclear. Have not been able to speak w/ applicant although

C. Any medical and/or historical symptoms or behaviors prior to the past 72 hours on which my finding of mental illness and/or substance use disorder are based: I called the facility today).
Mr. Frame includes "Clinical write ups" starting in 2005 (# 117 pages) - 2017. attached.

Case No.: 25 -MH(TCO/TPC) - 25  *continued*

B. Other current symptoms & behaviors relayed/presented to me by petitioners, witnesses, documents or other sources on which my finding of mental illness and/or substance use disorder is based on the following:

5/30/25 10:10 AM – Called MOCC, spoke w/ Psi Med asst dir of mental health (Shrewsbury). Responded diagnosed/ tx for Opioid Use Dis. Mod-Severe, Cannabis Use (in remission), Antisocial Personality Disorder, Unsp. Anxiety & Unsp Depressive Disorder. Rx suboxone fu the OUD. Sees therapist ("Kincaid") & psychiatrist ("Canterbury"). Mr. Shrewsbury states Mr Lowe was placed on the "mental health unit" 05/29/25 "for increased observation and mental health services". He is not aware of any precipitating increase in Sx, new SI or threats, behavioral changes, or other HSL risk behaviors. Requested admitting provider call & notified re: Sx picture/reason for admission. Gave contact information. Requested call before 2pm.

C. Any medical and/or historical symptoms or behaviors prior to the past 72 hours on which my finding of mental illness and/or substance use disorder are based: Call w/ MOCC nursing staff re: Mr. Lowe's physical health/medical problems. Reports "he had a seizure disorder" but denies other medical conditions (acute & chronic). No known surgery hx. No known hx of TBI.

via email  12:25 received tx plan developed 05/29 from MOCC mental health unit noting "presenting issue" – "Pt reports difficulty functioning due to traumatic stress" Goal is safe behavior as evidenced by not returning to precautionary

via email  watch; See attached, signed by C. Kincaid, M.A.
12:25 received "medical, mental health, correction, & institutional record from J. Frame, Superintendent See attached.

Certifier ultimately unable to speak to provider

Case No.: 25-MH(TCO/TPC) - 25

8. Prior history of behavior health services in the following settings:

| Type of Treatment | Yes | No | Compliant Yes/No/Unknown | # of Admissions | Most Recent Provider/Hospital | Date |
|---|---|---|---|---|---|---|
| Outpatient | ✓ | | | | Psi Med/Mt. Olive | |
| Voluntary Inpatient or Residential | ✓ | | | | VAMC | |
| Treatment Involuntary Hospitalization | ☐ | ☐ | | | | |

9. I have identified and considered less restrictive alternative forms of treatment and find that they

_____ ARE or _____ ARE NOT appropriate. Please provide detailed explanations as to why or why not each less restrictive alternative forms of treatment are or are not currently appropriate and available.

respondent needs inpatient tx to address suicidality. App was ordered & filed & accepted on an ostensibly voluntary patient.

10. List all medications currently taking, or prescribed and should be taking:

| | Name of Medication: | Dosage: | Duration: |
|---|---|---|---|
| 1. | See attached | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

11. Is Medical Clearance Examination NECESSARY? *[Check one]*  ☐ Yes  ☐ No  ☑ Unknown
If yes, has it been completed or arranged to be completed, prior to involuntary admission to a mental health facility?
Medical Screening was completed at: last seen for "sick call" July 2024
Medical Screening arranged to be completed at: (requesting 1' in Suboxone)

12. Are there any acute medical conditions that require immediate attention? *[Check one]*  ☐ Yes  ☐ No
List the conditions: medical findings/determinations are outside scope of certifier's practice.

From:                                                                    06/27/2025 17:06    #134 P.007/036

rEMR - Lowe, Keith William :: Medication | v5.5.0           https://wvdoccoremr.wexfordhealth.com/Modules/Chart/medication....



**Keith William Lowe**

**#3380501**

Glasses, MH - Individual Therapy / Supportive Counseling, MH - History of Placement on a Watch, MAT - Suboxone

Sex: M
DOB: 03/06/1974 (Age 51)
Height: 6ft 0in
Weight: 170 lbs
BMI: 23.6
SSN: 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
Agency: state
Location: MOCC-QU2-007-707-001-PSH
OID: 3380501
Allergies:
NKMA

Medication
Medications
# Medication

| Medication | Start Date | End Date | Clinician | Status | Dist |
|---|---|---|---|---|---|
| ABILIFY 5MG<br>1 TAB By Mouth QPM<br>RX: 16846758<br>NDC: 59148000713<br>RXNorm: 404602<br>Refills Remaining: 5 | 12/05/2024 | | Kristin Canterbury, MD | ✓ Approved<br>12/30/2024<br>1615<br>Blister Pack | Sched |
| Buprenorphine/Naloxone 8mg/2mg<br>DISSOLVE 2 TABS UNDER THE TONGUE ONCE DAILY<br>RX: 17625057<br>NDC: 42858-0502-03<br>Refills Remaining: 4 | 04/21/2025 | 07/19/2025 | MD Sherri Johnson | ✓ Approved<br>04/28/2025<br>0924<br>Blister Pack | Sched |
| BUPROPION 100MG<br>1 TAB By Mouth QPM ; Crush<br>RX: 17680655<br>NDC: 00781106401<br>RXNorm: 993687<br>Refills Remaining: 5 | 04/29/2025 | 10/24/2025 | MD Timothy Thistlethwaite, MD | Pending<br>Blister Pack | Sched |
| BUPROPION 100MG<br>1 TAB By Mouth HS 2100 ; Crush<br>RX: 17680692<br>NDC: 00781106401<br>RXNorm: 993687<br>Refills Remaining: 5 | 04/29/2025 | 10/24/2025 | MD Timothy Thistlethwaite, MD | Pending<br>Blister Pack | Sched |
| BUPROPION 100MG<br>TAKE 2 TABLET(S) BY MOUTH AT NOON ; CRUSH<br>RX: 17680693<br>NDC: 00781106401<br>RXNorm: 993687<br>Refills Remaining: 5 | 04/29/2025 | 10/24/2025 | MD Timothy Thistlethwaite, MD | Pending<br>Blister Pack | Sched |
| DOCUSATE SOD 100MG<br>1 CAP By Mouth QPM<br>NDC: 57896040110<br>RXNorm: 1115005<br>Refills Remaining: 4 | 03/28/2025 | 09/23/2025 | MD Sherri Johnson | ✓ Approved<br>04/01/2025<br>1732<br>Blister Pack | Sched |
| DULOXETINE 60MG<br>1 CAP By Mouth HS 2100<br>RX: 17790217<br>NDC: 57237001899<br>Refills Remaining: 5 | 05/13/2025 | 11/08/2025 | Kristin Canterbury, MD | - Pending<br>Blister Pack | Sched |
| GABAPENTIN 400MG<br>TAKE 3 CAPSULE(S) BY MOUTH TWICE A DAY AT NOON AND IN THE EVENING *OPEN AND FLOAT*<br>RX: 17762843<br>NDC: 16714050502<br>RXNorm: 993687<br>Refills Remaining: 5 | 05/11/2025 | 11/05/2025 | Kristin Canterbury, MD | ✓ Approved<br>05/12/2025<br>1433<br>Starter Stock | Sched |
| GABAPENTIN 400mg CAP 400MG<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME *OPEN AND FLOAT* (2100)<br>RX: 17762844<br>NDC: 16714066302<br>Refills Remaining: 5 | 05/11/2025 | 11/05/2025 | Kristin Canterbury, MD | ✓ Approved<br>05/12/2025<br>1433<br>Starter Stock | Sched |
| IBUPROFEN 200MG<br>2 TAB By Mouth BID 0500 1615<br>NDC: 904791580<br>RXNorm: 310965 | 03/28/2025 | 09/23/2025 | MD Sherri Johnson | ✓ Approved<br>04/01/2025<br>1732<br>Blister Pack | Sched |

of 2                                                                                             5/27/2025, 3:16 PM

From:                                                   05/27/2025 17:07     #134 P.008/035

rEMR - Lowe, Keith William :: Medication | v5.5.0        https://wvdoccoremr.wexfordhealth.com/Modules/Chart/medication....

| Medication | Start Date | End Date | Prescriber | Status | Sched |
|---|---|---|---|---|---|
| Refills Remaining: 6 | | | | | |
| LEVETIRACETAM 500MG<br>TAKE 1 TABLET(S) BY MOUTH TWICE A DAY<br>RX: 15985420<br>NDC: 16714035502<br>Refills Remaining: 6 | 09/13/2024 | 08/08/2025 | Sandra May, PA-C | ✓Approved<br>09/06/2024<br>0739<br>Blister Pack | Sched |
| OMEPRAZOLE 20MG DR<br>1 CAP By Mouth HS 2100<br>RX: 17825058<br>NDC: 60505006500<br>Refills Remaining: 5 | 04/21/2025 | 10/17/2025 | MD Sherri Johnson | ✓Approved<br>04/28/2025<br>0924<br>Blister Pack | Sched |
| RISPERIDONE 0.5MG<br>1 TAB By Mouth BID<br>NDC: 27241000350<br>Refills Remaining: 5 | 04/08/2025 | 10/04/2025 | MD Timothy Thistlethwaite, MD | ✓Approved<br>04/08/2025<br>1241<br>Blister Pack | Sched |
| RISPERIDONE 1MG<br>1 TAB By Mouth BID 0500 1615<br>NDC: 27241000150<br>Refills Remaining: 5 | 12/13/2024 | 08/08/2025 | Kristin Canterbury, MD | ✓Approved<br>12/30/2024<br>1615<br>Blister Pack | Sched |
| TRIHEXYPHENIDYL 5MG<br>TAKE 2 TABLET(S) BY MOUTH THREE TIMES A DAY (AM, NOON, BEDTIME) (N/F GOOD LIFETIME)<br>NDC: 603624132<br>RXNorm: 905283<br>Refills Remaining: 5 | 12/08/2024 | | Kristin Canterbury, MD | ✓Approved<br>12/30/2024<br>1615<br>Blister Pack | Sched |

Case No.: __25__-MH(TCO/TPC) - __25__

13. The results of my evaluation suggest the following factor(s) are present, or have been present in the past:
*[Check all that apply]*

| Factors | General Information *[check if yes, list date(s) when present]* |
|---|---|
| Thoughts of Suicide | ☐ Ideation _yes, endorsed_<br>☐ Plan _yes, will not disclose, "one way that can't be undone"_<br>☐ Intent _yes_<br>Other Prior History: *[If yes, explain/give examples]* ☑ Yes ☐ No<br>_2 attempts_<br>_04/2023; 01/2023_ |
| Thoughts of Homicide | ☑ Ideation _never man w/ exception of why_<br>☐ Plan _I'm in prison I would never_<br>☐ Intent _harm one of these COs at all"_<br>Other Prior History: *[If yes, explain/give examples]* ☐ Yes ☑ No _not one time_<br>_per self report → taken Keppra_ _"a couple write ups for fighting to defend myself"_ |
| Head Injury/ Neurological | ☐ Type(s): _seizure hx: Seizure disorder per MOCC nursing staff. Rx generic Keppra to manage seizures. See med list._ |
| Chronic Medical Problems | ☐ Type(s):<br>- _denied by MOCC nursing staff._<br>- _no known surgery hx per MOCC nursing_<br>_self report - "I don't think so maybe GERD"_ |
| Limitations to Support System | ☐ Type(s): _Sbj attorney_ |
| History of Legal Infractions | ☐ Type(s); Explain: _currently serving life sentence for 1st degree murder_ |
| Past History of Harmful Behavior | ☐ Type(s): ↓ ↓ |

Case No.: _25_ -MH(TCO/TPC) - _25_

14. The results of my evaluation suggest the following factors related to substance use disorder are present:

| Substance | Amount | Frequency | Route/Method of Use | Date Last Used |
|---|---|---|---|---|
| hx of opioid use / currently tx w/ Suboxone | | | | |
| alcohol – age of first use 18 "not much of a drinker" | | | | |
| marijuana – "a lot" age of first use 9 – regular use "like cigarettes" | | | | |
| opiate – never until I came to prison, used recreationally & prescribed now | | | | |

| Factor(s) | Yes | No | General Information |
|---|---|---|---|
| Public Intoxication Charges | ☐ | ☐ | Frequency in Past 90 Days/Dates: cocaine/crack/meth/ – cocaine – powder cocaine w/ my weed @ party but never consistently it made me paranoid. |
| Substance Use to the Point of Incapacitation | ☐ | ☐ | Explain: |
| Employment Instability | ☐ | ☐ | Explain: |

15. DSM/ICD - Diagnostic Impressions (include all five axes):
Unspecified Mood Disorder
Unsp Trauma / R/o PTSD
Unsp Opioid Use on Maintenance Therapy

16. Clinician Rating of Treatment Needs: *[Check your impression]*

☐ 0: No observable seriously harmful behavior (SHB); No treatment needed.

☐ 1: Slight probability of SHB; Outpatient therapies needed.

☐ 2: Mild probability of SHB; Crisis residential unit (CRU) appropriate. 24-hour supervision needed. 3:

☑ Moderate probability of SHB; Immediate hospitalization in a 24-hour locked facility needed.

☐ 4: High probability of SHB; Should be monitored closely until hospitalized. Immediate hospitalization in a 24-hour locked facility needed.

INV 10: Certificate of Licensed Examiner                                                                                  Page 8 of 10
Revised: 01/28/2025; WVSCA Approved: 01/28/2021

Case No.: __25__-MH(TCO/TPC)-__25__

17. Based upon such examination and the information contained in this certificate, I therefore certify as follows:
*[Initial only **ONE** of the following recommendations]*

__SJD__ The Respondent should be committed for further evaluation pursuant to § 27-5-3 *[probable cause hearing only]*

_____ If the Respondent is not currently committed in accordance with § 27-6A-1 *et seq.*, the Respondent should be fully committed for a period not to exceed 90 days as provided in § 27-5-4(1) *[final commitment hearing only]*

_____ The Respondent should be finally committed for an indeterminate period exceeding 90 days or until this order is modified by this Court pursuant to the provisions of § 27-5-4(1) *[final commitment hearing only]*

_____ If the Respondent is currently committed in accordance with § 27-6A-1 *et seq.*, the Respondent should be finally committed until the court determines that the Respondent's state and current acute and chronic dynamic risk factors for harm can be managed in a less restrictive setting and that the Respondent's personal protective strengths are sufficient to facilitate safety to self and others in such setting as provided in § 27-5-4(1)(4) *[final commitment hearing only]*

_____ The Respondent does not require hospitalization *[probable cause or final commitment hearing]*

18. *Initial the following if ALL the matters contained in the statement are applicable.*

_____ Notwithstanding the foregoing, I further believe that the respondent's circumstances make him/her amenable to treatment upon an outpatient basis in a nonhospital or nonresidential setting pursuant to a voluntary treatment agreement and that appropriate outpatient services are available and recommend that the court hear evidence on this issue.

19. __SJD__ I have explained or attempted to explain the involuntary commitment process to the APPLICANT including the loss of liberty if committed, as well as the likely risks and benefits of commitment. N/A - serving life sentence

20. __SJD__ I have explained or attempted to explain the involuntary commitment process to the RESPONDNET Including loss of liberty if committed, as well as the likely risks and benefits of commitment. N/A - serving life sentence

Case No.: 25 -MH(TCO/TPC)- 25

21. Information regarding examiner completing this certificate: *[please print or type information]*

Name: S Jill Daniel

Address: *[city, state, zip]* 101 S Eisenhower Drive, Beckley, WV 25801

Telephone Number: 304 256 7100   Registration/License Number: #1104

License to Practice: ☐ Medicine ☐ Osteopathy ☑ Psychology ☐ Physician Assistant ☐ Social

☐ Work Nursing ☐ Psychiatry ☐ Counselor

05/30/2025
Date            Time            Examiner's Signature

22. The person completing this certificate: *[check only one]*

☑ Is employed by the local Community Mental Health Center: *[insert name of Center]*
FMRS HEALTH SYSTEMS, INC

☐ Has contracted to provide examinations for involuntary commitment proceeding with the local Community Mental Health Center: *[insert name of Center]*

☐ Is neither employed by nor contracts for services with the local Community Mental Health Center.

If this item is checked, you *MUST* have the Community Mental Health Center complete the following:

- The examination reflected by this certificate was as required by law provided or arranged by the Community Mental Health Center or, if the examiner is neither employed or contracted by the Community Mental Health Center, the examination is APPROVED and the Community Behavioral Health Center hereby waives its duty to provide or arrange for this examination.

Date            Time            Signature of Center Representative

Title