E-FILED | 6/13/2025 12:09 PM
CC-10-2025-MH-25
Fayette County Circuit Clerk
Travis W. Prince

IN THE CIRCUIT COURT OF _____ Fayette _____ COUNTY, WEST VIRGINIA

Case No. _____ - MH - _____.

IN RE: Involuntary Hospitalization of:

Criminal Case No. _____

*(if applicable)*

Keith William Lowe _____

**RESPONDENT**

## CHIEF MEDICAL OFFICER'S APPLICATION FOR FINAL COMMITMENT

*W.Va. Code: §§27-5-3(g); 27-5-4(b),(c), and (l)(1); 27-4-1(d); 27-4-3(c): §27-6A-3; and §27-6A-4 et seq.*

> **INSTRUCTIONS**: Please **type** or **print clearly** all requested information and **check** any and all spaces which may be applicable. The application may be *denied* if essential information is omitted or unreadable. **A Form INV10/Form 904 evaluation certificate must be submitted with this application and must be attached.**

I/We, _____ Paramjit Chumber _____, M.D., Chief Medical Officer of William R. Sharpe Jr. Hospital, Weston, WV _____, mental health facility, and Dr. Kristin Canterbury (PSIMED Correction) _____, an adult person having personal knowledge of the facts of the case, if different from the Chief Medical Officer identified above, hereby make application to the Circuit Court of the above named county for an order of final commitment of the above named Respondent and request that final commitment proceedings be held pursuant to the provisions of *West Virginia Code*: § 27-5-4, *et seq.*, and that the basis for this application is as follows:

**[Initial the appropriate provision and complete]**

1. _PC_   The Respondent was admitted to ~~this facility~~ on (*insert date of admission to facility*)  Mount Olive Correctional Facility's Mental Health Unit  5/30/2025  for further evaluation and treatment in accordance with *West Virginia Code*: § 27-5-2 and 3 pursuant to an Order for Probable Cause Involuntary Hospitalization of the Circuit Court of
   _____ Fayette _____ County, West Virginia, being the county where said Respondent [*check the following based upon the findings contained in the probable cause order*] __x__ resides and/or _____ was found. - OR -

2. _____   This application is being made in accordance with West Virginia Code: § 27-4-3(c) within 96 hours of a request for release by Respondent, a voluntary patient at the above identified mental health facility who was admitted to this facility on [*insert date of admission to facility*] _____.
   –OR-

3. _____   This application is being made in accordance with West Virginia Code; § 27-4-1(d) for a minor, age fourteen years or older, who has either objected to further voluntary treatment or for whom the parent or guardian who requested the minor's admission revoked his or her consent for voluntary treatment at the above identified mental health facility. The minor was admitted to this facility on [*insert date of admission to facility*]
   _____.
   - OR -

4. _____   The Respondent was admitted to this facility on [*insert date of admission to facility*]
   _____ in accordance with W.Va. Code: §27-6A-1 *et seq.* pursuant to an Order of the Circuit Court of
   _____ County, West Virginia and [*check the following based upon the findings contained in the Order*] _____ committed for competency restoration in accordance with W.Va. Code §27-6A-3 or _____ committed pursuant to an Order that found said Respo__ by reason of mental illness in accordance with W.Va. Code §27-6A-4.

**INV 26 - CMO Application For Final Commitment** *(formerly 907K )*
Revised: 07/29/2021; ⚖ Approved: TBD

PLAINTIFF'S
EXHIBIT

CASE
NO. 2:25-cv-272

EXHIBIT
NO. 6

## NOTICE:

If involuntarily committed, the patient against whom you are filing this application will be:

1. prohibited from possessing and receiving firearms, ammunition, and explosives, in some cases for his or her entire life,
2. required to immediately surrender ANY firearms owned or in his or her possession,
3. if committed for treatment of mental illness, reported to both federal and state database registries used for firearm purchases and permits/licenses to carry concealed weapons, as well as used by federal agencies for explosives prohibition, background checks, and other uses permitted by federal law or regulation, and
4. subject to future criminal charges for possession or receipt of firearms or ammunition. Conviction in West Virginia can result in a fine up to $1,000.00 or jail time of up to one year. Federal conviction is a FELONY and can result in fines and jail time up to TEN years. *(See, W.Va. Code § 61-7-7 and 18 U.S.C.A. § 924(a)(2))*

Persons seeking **voluntary** admission for treatment, who have NOT been involuntarily committed, are NOT subject to these prohibitions and requirements.

*[Initial]* THE NAMED RESPONDENT HAS BEEN OFFERED VOLUNTARY TREATMENT, BUT HAS EITHER REFUSED VOLUNTARY HOSPITALIZATION AND/OR TREATMENT, OR IS IN A MENTAL OR MEDICAL CONDITION PRECLUDING HIS OR HER ABILITY TO CONSENT TO VOLUNTARY HOSPITALIZATION AND/OR TREATMENT, OR, IF A MINOR, IS AGE FOURTEEN YEARS OF AGE OR OLDER AND HAS OBJECTED TO FURTHER VOLUNTARY TREATMENT OR FOR WHOM THE PARENT OR GUARDIAN HAS REVOKED CONSENT FOR FURTHER VOLUNTARY TREATMENT.

5. Upon information and belief, the Respondent does not suffer ONLY from epilepsy, dementia, or an intellectual or developmental disability.

6. Based upon physician's examination (is the same appears in the attached certificate *[attach Form INV 10 certificate]*, the undersigned believes that the Respondent is: *[initial applicable diagnosis]*

_____ likely to cause serious harm to self or others due to what the applicant believes are symptoms of ADDICTION, and/or

PC ___ likely to cause serious harm to self or others due to what the applicant believes are symptoms of MENTAL ILLNESS, and

_____ if having been committed in accordance with W.Va. Code §27-6A-1 et seq., there is no less restrictive placement that is appropriate and available that assures that the Respondent remains safe to self or others.

The grounds and recent overt acts of the Respondent upon which such belief is based are as follows: *State, in detail, the factual basis for such belief and a detailed listing of any and all recent overt acts upon which the belief is based and, if committed in accordance with W.Va. Code §27-6A-1 et seq., facts that establish that the Respondent is a foreseeable danger to self or others outside the hospital setting; add additional pages if necessary.*

*I (Paramjit Chumber) did not perform the evaluation nor observe the Respondent. Dr. Canterbury's evaluation is attached as she is the Staff Psychiatrist at the Mount Olive Mental Health Unit. Based on her evaluation:*
*1. Mr. Lowe has ongoing intermittent suicidal ideations since he attempted suicide in April 2025.*
*2. He has endorsed panic attacks, anxiety, depressed mood, hopelessness, impulsivity and stress related to long-term segregation in prison.*
*3. He has emotional dysregulation and maladaptive coping skills.*

The treatment recommended for the Respondent is not available in a setting less restrictive than a hospital with 24 hour-per-day supervision for the following reasons:

*1. Mr. Lowe was transferred from MOCC segregation to Mount Olive Mental Health Unit. He may benefit from Independent evaluation for additional treatment needs.*

*2. I have attached Dr. Canterbury's Psychiatric Treatment Plan done after Mr. Lowe was transferred to Mental Health Unit. Please see the section 25 for more details.*

I/We, the applicant(s) whose signature(s) appears below, each under penalties of false swearing as provided by law, do hereby certify that the facts and allegations contained in this application are true to the best of our individual knowledge, information and belief, and insofar as they are stated to be upon information, I/We believe them to be true.

Given under my hand this 13 th day of     June 2025

        *(day)*               *(month)*       *(year)*

                             CHIEF MEDICAL OFFICER

The foregoing application was taken, subscribed and sworn to (or affirmed) before me, the undersigned notary public, this  13 th  day of    June    2025

                    *(month)*      *(year)*

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Michael P Livesay II
73 Smithfield Street
Buckhannon, WV 26201
My Commission Expires July 22, 2026

                          NOTARY PUBLIC

AND, IF APPLICABLE: [Initial here _____ if NOT APPLICABLE and Chief Medical Officer has personal knowledge of facts of the case.]

Given under my hand this_____ day of _____ , _____

           *(day)*          *(month)*        *(year)*

**ADULT PERSON WITH PERSONAL KNOWLEDGE OF THE FACTS OF THE CASE, IF DIFFERENT FROM CHIEF MEDICAL OFFICE ABOVE**

*[Additional Adult only necessary if Chief Medical Officer does NOT have personal knowledge of the facts of the case.]*

The foregoing application was taken, subscribed and sworn to (or affirmed) before me, the undersigned notary public, this _____ day of ____ , _____

        *(day)*         *(month)*       *(year)*

[Affix notarial seal here.]

                        NOTARY PUBLIC

*Kristin Cavanley*

## ADULT PERSON WITH PERSONAL KNOWLEDGE OF THE FACTS OF THE CASE, IF DIFFERENT FROM CHIEF MEDICAL OFFICE ABOVE

*[Additional Adult only necessary if Chief Medical Officer does NOT have personal knowledge of the facts of the case.]*

The foregoing application was taken, subscribed and sworn to (or affirmed) before me, the undersigned notary public, this ___6___ day of ___June___, 2025.

         *(day)*            *(month)*        *(year)*

[Affix notarial seal here.]

                                    NOTARY PUBLIC

```
OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Lauren Mayer
Putnam County Library
4219 State Route 34
Hurricane WV 25526
My Commission Expires April 17, 2030
```

CC-10-2025-MH-25
Fayette County Circuit Clerk
Travis W. Prince

**IN THE CIRCUIT COURT OF** _____

| | |
|---|---|
| **IN RE: The Involuntary Hospitalization,** | **Case No.:** _____ -MH(TCO/TPC) - |
| **Treatment Compliance, or Temporary** | **Criminal Case No.:** _____ |
| **Probable Cause of:** | _(if applicable)_ |

Keith William Lowe _____

**RESPONDENT (NAME OF PATIENT)**

## CERTIFICATE OF LICENSED EXAMINER

_West Virginia Code §§ 27-5-2, 3, & 4, § 27-5-11 and § 27-6A-1 (et seq.)_

### Instruction: _All pages of this certificate must by **fully** completed._

I, Kristin Canterbury, MD _____ _[Print name of Licensed Physician, Licensed Psychologist, Court authorized Licensed Independent Clinical Social Worker, or Court authorized Licensed Advanced Nurse Practitioner with Psychiatric Certification or Physician Assistant or Licensed Professional Counselor]_, do hereby certify and state as follows:

I have personally observed and examined Keith William Lowe _____ _[full name of Respondent]_ whose identifying information is believed to be,

DATE OF BIRTH 03 / 08 / 1974 ; WEIGHT      174      ; HEIGHT 6 ft, 0 in  [▼]

HAIR COLOR Blonde    [▼] HAIR LENGTH      Shaved      ; EYE COLOR Hazel    [▼]

SEX Male    [▼] ; RACE WHITE    [▼]

RESPONDENT'S LAST KNOWN ADDRESS: 1 mountain side way Mt. Olive, WV 25185

PLACE OF BIRTH _[state or country]_ Columbus, OHIO

THE RESPONDENT IS:

A RESIDENT OF Fayette _____ COUNTY, West Virginia _____ STATE
On this date and my findings are as follows:

Date of Examination: 6/5/2025 _____ Time:  11 : 30  ☑ a.m./ ☐ p.m.

Place of the Examination: Mount Olive Correctional Complex Mental Health Unit      _[Location]_

Mt. Olive _____ _[City]_ Fayette _____ _[County]_, West Virginia.

1. I find there is reason to believe the Respondent _[initial the appropriate items below]_

      KC      HAS mental illness      _____ HAS NO mental illness

    _____ HAS substance use disorder      KC      HAS NO substance use disorder

Case No.: _____ -MH(TCO/TPC)-

2.  *If the individual is being certified for substance use disorder, initial the following if it is applicable.*
    _____ I recommend that the individual be closely monitored because of the reasonable likelihood that withdrawal or detoxification will cause significant medical complications.

3.  I further find that the Respondent *[initial one]* ____KC____ **IS** _____ **IS NOT** likely to cause harm to himself/herself or other DUE TO HIS/HER MENTAL ILLNESS OR SUBSTANCE USE DISORDER.

4.  If the selection is question 3 above is "IS," it is based on one or more of the following: *[check all appropriate items from the list of six items below and detail the specific facts under each checked item]*

    ☐ The individual has inflicted, or attempted to inflict, bodily harm on another: *[describe]*
    _____
    _____

    ☐ *Criminal Proceedings only* – The individual is currently committed to a state psychiatric hospital in accordance with W. Va. Code § 27-6A-1 *et seq.*, and the individual is a foreseeable danger to self or others outside the hospital setting: *[describe the static and current acute and chronic dynamic risk factors for hard AND how the absence of the individual's personal protective strengths result in the individual being a foreseeable danger]*
    _____
    _____

    ☐ The individual by threat or action, has placed other in reasonable fear of physical harm to themselves: *[describe]*
    _____
    _____

    ☐ The individual, by action or inaction, has presented a danger to others in his or her care: *[describe]*
    _____
    _____

    ☑ The individual has threatened or attempted suicide or serious bodily harm to himself or herself: *[describe]*
    patient with ongoing intermittent suicidal ideation since he attempted suicide in April 2025
    _____

    ☐ The individual is behaving in such a manner as to indicate that her or she is unable, without supervision and the assistance of others, to satisfy his or her need for nourishment, medical care, shelter or self-protection and safety so that there is substantial likelihood that death, serious bodily injury, serious physical debilitation, serious mental debilitation or life-threatening disease will ensue unless adequate treatment is afforded: *[describe]*
    _____
    _____

**5.** *You must complete this question if you have indicated substance use disorder in question 1.*

The specific manifestations which have occurred WITHIN 30 DAYS prior to the filing of this petition/application in this action upon which my findings of substance use disorder is based are: *[Check all that apply; you MUST check at least one.]*

☐ Recurrent substance use resulting in a failure to fulfill major role obligations at work, school or home: *[specify]*

_____

_____

_____

_____

☐ Recurrent substance use in situations in which it is physically hazardous: *[specify]*

_____

_____

_____

_____

☐ Recurrent substance-related legal problems *[specify]*

_____

_____

_____

_____

☐ Continued substance use despite knowledge of having persistent or recurrent social or interpersonal problems caused or exacerbated by the effects of the substance: *[specify]*

_____

_____

_____

_____

**6.** I received information relevant to this evaluation form the following sources: *[Consult as many sources as possible; check all that apply]*  ☒ Respondent  ☒ Petitioner  ☒ Medical Record  ☐ Physician  ☐ Family Members  ☒ Other: *[list]*  mental health therapist

_____

_____

Case No.: _____ -MH(TCO/TPC) -

7. You must complete this question if you have indicated "mental illness" or "substance use disorder" in question 1.

A. The specific, CURRENT, symptoms and behaviors I HAVE OBSERVED are:

increased anxiety with panic attacks and ruminating/intrusive thoughts; depressed mood with hopelessness and intermittent suicidal ideation; difficulty regulating emotions and impulsivity; ongoing significant stress of long-term segregation housing in prison

B. Other current symptoms & behaviors relayed/presented to me by petitioners, witnesses, documents or other sources on which my finding of mental illness and/or substance use disorder is based on the following:

patient has reported auditory hallucinations, has reported thoughts of suicide and feeling of hopelessness to

his therapist since his most recent suicide attempt _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


C. Any medical and/or historical symptoms or behaviors prior to the past 72 hours on which my finding of mental illness and/or substance use disorder are based:

history of psychiatric diagnoses and treatment prior to and throughout incarceration; suicide attempts x 2 -

2023 and most recent April 2025; history of non-suicidal self injury; long history of depression, anxiety,

impulsivity, emotional dysregulation and maladaptive coping skills _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Case No.:                    -MH(TCO/TPC)

8. Prior history of behavior health services in the following settings:

| Type of Treatment | Yes | No | Compliant Yes/No/Unknown | # of Admissions | Most Recent Provider/Hospital | Date |
|---|---|---|---|---|---|---|
| Outpatient | ☐ | ☐ | | | | |
| Voluntary Inpatient or Residential Treatment | ☐ | ☐ | | | | |
| Involuntary Hospitalization | ☑ | ☐ | | | Per records, 2002 | |

9. I have identified and considered less restrictive alternative forms of treatment and find that they

_____ ARE or ___KC___ ARE NOT appropriate. Please provide detailed explanations as to why or why not each less restrictive alternative forms of treatment are or are not currently appropriate and available. patient is currently an inmate at a maximum security prison

_____

_____

10. List all medications currently taking, or prescribed and should be taking:

| Name of Medication: | Dosage: | Duration: |
|---|---|---|
| 1. see attached med list | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

11. Is Medical Clearance Examination NECESSARY? *[Check one]*   ☐ Yes   ☑ No   ☐ Unknown
If yes, has it been completed or arranged to be completed, prior to involuntary admission to a mental health facility?

Medical Screening was completed at: _____

Medical Screening arranged to be completed at: _____

12. Are there any acute medical conditions that require immediate attention? *[Check one]*   ☐ Yes   ☑ No
List the conditions:

_____

_____

13. The results of my evaluation suggest the following factor(s) are present, or have been present in the past:

*[Check all that apply]*

| Factors | General Information *[check if yes, list date(s) when present]* |
|---|---|
| Thoughts of Suicide | ☑ Ideation ongoing and intermittent |
| | ☐ Plan |
| | ☐ Intent |
| | Other Prior History: *[If yes, explain/give examples]*   ☑ Yes  ☐ No |
| | suicide attempts x 2 in 2023 and April 2025 |
| Thoughts of Homicide | ☐ Ideation |
| | ☐ Plan |
| | ☐ Intent |
| | Other Prior History: *[If yes, explain/give examples]*   ☐ Yes  ☐ No |
| Head Injury/ Neurological | ☑ Type(s): seizures |
| Chronic Medical Problems | ☑ Type(s): GERD |
| Limitations to Support System | ☑ Type(s): incarcerated, life sentence, housed in segregation for the last 12+ years |
| History of Legal Infractions | ☑ Type(s); Explain: currently serving a life sentence, multiple disciplinary infractions at the prison |
| Past History of Harmful Behavior | ☑ Type(s): both harm to self and others |

Case No.: _____ -MH(TCO/TPC) -

14. The results of my evaluation suggest the following factors related to substance use disorder are present:

| Substance | Amount | Frequency | Route/Method of Use | Date Last Used |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Factor(s) | Yes | No | General Information |
|---|---|---|---|
| Public Intoxication Charges | ☐ | ☐ | Frequency in Past 90 Days/Dates<br>n/a |
| Substance Use to the Point of Incapacitation | ☐ | ☐ | Explain:<br>Overdose April 2025 |
| Employment Instability | ☐ | ☐ | Explain:<br>n/a |

15. DSM/ICD – Diagnostic Impressions (include all five axes):

-other specified trauma/stressor-related disorder

-unspecified depressive disorder

-unspecified anxiety disorder

-borderline and antisocial personality disorders

16. Clinician Rating of Treatment Needs: *[Check your impression]*

☐  0:  No observable seriously harmful behavior (SHB); No treatment needed.

☐  1:  Slight probability of SHB; Outpatient therapies needed.

☐  2:  Mild probability of SHB; Crisis residential unit (CRU) appropriate. 24-hour supervision needed. 3:

☑  Moderate probability of SHB; Immediate hospitalization in a 24-hour locked facility needed.

☐  4:  High probability of SHB; Should be monitored closely until hospitalized. Immediate

hospitalization  in a 24-hour locked facility needed.

Case No.: _____ -MH(TCO/TPC) -

17. Based upon such examination and the information contained in this certificate, I therefore certify as follows:
*[Initial only ONE of the following recommendations]*

_____ The Respondent should be committed for further evaluation pursuant to § 27-5-3 *[probable cause hearing only]*

_____ If the Respondent is not currently committed in accordance with § 27-6A-1 *et seq.*, the Respondent should be fully committed for a period not to exceed 90 days as provided in § 27-5-4(1) *[final commitment hearing only]*

___KC____ The Respondent should be finally committed for an indeterminate period exceeding 90 days or until this order is modified by this Court pursuant to the provisions of § 27-5-4(1) *[final commitment hearing only]*

_____ If the Respondent is currently committed in accordance with § 27-6A-1 *et seq.*, the Respondent should be finally committed until the court determines that the Respondent's state and current acute and chronic dynamic risk factors for harm can be managed in a less restrictive setting and that the Respondent's personal protective strengths are sufficient to facilitate safety to self and others in such setting as provided in § 27-5-4(1)(4) *[final commitment hearing only]*

_____ The Respondent does not require hospitalization *[probable cause or final commitment hearing]*

18. *Initial the following if ALL the matters contained in the statement are applicable.*

_____ Notwithstanding the foregoing, I further believe that the respondent's circumstances make him/her amenable to treatment upon an outpatient basis in a nonhospital or nonresidential setting pursuant to a voluntary treatment agreement and that appropriate outpatient services are available and recommend that the court hear evidence on this issue.

19. _____ I have explained or attempted to explain the involuntary commitment process to the APPLICANT including the loss of liberty if committed, as well as the likely risks and benefits of commitment.

20. ___KC____ I have explained or attempted to explain the involuntary commitment process to the RESPONDNET Including loss of liberty if committed, as well as the likely risks and benefits of commitment.

Case No.: _____ -MH(TCO/TPC) -

21. Information regarding examiner completing this certificate: *[please print or type information]*

Name: Kristin Canterbury, MD

Address: *[city, state, zip]* Mt. Olive, WV, 25185

Telephone Number: 304-442-7213        Registration/License Number: WV 27116

License to Practice: ☑ Medicine ☐ Osteopathy ☐ Psychology ☐ Physician Assistant ☐ Social

☐ Work Nursing  ☐ Psychiatry ☐ Counselor

06-06-2025           4:28 PM
Date                 Time             Examiner's Signature

22. The person completing this certificate: *[check only one]*

☐ Is employed by the local Community Mental Health Center: *[insert name of Center]*

☐ Has contracted to provide examinations for involuntary commitment proceeding with the local
Community Mental Health Center: *[insert name of Center]*

☑ Is neither employed by nor contracts for services with the local Community Mental Health Center.

If this item is checked, you *MUST* have the Community Mental Health Center complete the following:

- The examination reflected by this certificate was as required by law provided or arranged by the
Community Mental Health Center or, if the examiner is neither employed or contracted by the
Community Mental Health Center, the examination is APPROVED and the Community
Behavioral Health Center hereby waives its duty to provide or arrange for this examination.

06-06-2025           4:28 PM
Date                 Time             Signature of Center Representative

Title



# Keith William Lowe

**#3380501**

Glasses, MH - Individual Therapy / Supportive Counseling, MH - History of Placement on a Watch, MAT - Suboxone, MH - Mental Health Unit

Sex: M
DOB: 03/08/1974 (Age 51)
Height: 6ft 0in
Weight: 170 lbs
BMI: 23.5
SSN: 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
Agency: state
Location: MOCC-MTHT-001-448-002-MD
OID: 3380501
Allergies:
NKMA

MedicationInfirmary/MHU/BHU (5)
Medications

## Medication

| Medication | Start Date | End Date | Clinician | Status | Diet |
|---|---|---|---|---|---|
| ABILIFY5MG<br>1 TAB By Mouth QPM<br>NDC: 59148000713<br>RXNorm: 404802<br>Refills Remaining: 5 | 06/03/2025 | 11/28/2025 | Kristin Canterbury, MD | ✔Approved<br>05/29/2025<br>1544<br>Blister Pack | Sched |
| Buprenorphine/Naloxone8mg/2mg<br>DISSOLVE 2 TABS UNDER THE TONGUE ONCE DAILY<br>RX: 17625057<br>NDC: 42858-0602-03<br>Refills Remaining: 4 | 04/21/2025 | 07/19/2025 | MD Sherri Johnson | ✔Approved<br>04/28/2025<br>0024<br>Blister Pack | Sched |
| BUPROPION100MG<br>1 TAB By Mouth QPM ; Crush<br>RX: 17680656<br>NDC: 00781106401<br>RXNorm: 993687<br>Refills Remaining: 5 | 04/29/2025 | 10/24/2025 | MD Timothy Thistlethwaite, MD | O Pending<br>Blister Pack | Sched |
| BUPROPION100MG<br>1 TAB By Mouth HS 2100 ; Crush<br>RX: 17680692<br>NDC: 00781106401<br>RXNorm: 993687<br>Refills Remaining: 5 | 04/29/2025 | 10/24/2025 | MD Timothy Thistlethwaite, MD | O Pending<br>Blister Pack | Sched |
| BUPROPION100MG<br>TAKE 2 TABLET(S) BY MOUTH AT NOON ; CRUSH<br>RX: 17680693<br>NDC: 00781106401<br>RXNorm: 993687<br>Refills Remaining: 5 | 04/29/2025 | 10/24/2025 | MD Timothy Thistlethwaite, MD | O Pending<br>Blister Pack | Sched |
| BUSPIRONE15MG<br>1 tab po qam & qhs<br>NDC: 16729020301<br>Refills Remaining: 2 | 06/05/2025 | 09/02/2025 | Kristin Canterbury, MD | ✔Approved<br>05/29/2025<br>1543<br>Blister Pack | Sched |
| DOCUSATE SOD100MG<br>1 CAP By Mouth QPM<br>NDC: 57896040110<br>RXNorm: 1115005<br>Refills Remaining: 4 | 03/28/2025 | 09/23/2025 | MD Sherri Johnson | ✔Approved<br>04/01/2025<br>1732<br>Blister Pack | Sched |
| GABAPENTIN400MG<br>TAKE 3 CAPSULE(S) BY MOUTH TWICE A DAY AT NOON AND IN THE EVENING *OPEN AND FLOAT*<br>RX: 17762843<br>NDC: 16714066502<br>RXNorm: 993687<br>Refills Remaining: 4 | 05/11/2025 | 11/05/2025 | Kristin Canterbury, MD | Starter Stock | Sched |
| GABAPENTIN 400mg CAP400MG<br>TAKE 3 CAPSULE(S) BY MOUTH AT BEDTIME *OPEN AND FLOAT* (2100)<br>RX: 17762844<br>NDC: 16714066302<br>Refills Remaining: 4 | 05/11/2025 | 11/05/2025 | Kristin Canterbury, MD | Starter Stock | Sched |
| IBUPROFEN200MG<br>2 TAB By Mouth BID 0600 1615<br>NDC: 904791560<br>RXNorm: 310965<br>Refills Remaining: 6 | 03/28/2025 | 09/23/2025 | MD Sherri Johnson | ✔Approved<br>04/01/2025<br>1732<br>Blister Pack | Sched |
| LEVETIRACETAM500MG<br>TAKE 1 TABLET(S) BY MOUTH TWICE A DAY<br>RX: 15985420<br>NDC: 16714035502<br>Refills Remaining: 6 | 09/13/2024 | 08/08/2025 | Sandra May, PA-C | ✔Approved<br>07/08/2024<br>0739<br>Blister Pack | Sched |
| OMEPRAZOLE20MG DR<br>1 CAP By Mouth HS 2100 | 04/21/2025 | 10/17/2025 | MD Sherri Johnson | ✔Approved<br>04/28/2025 | Sched |

1/2

| | | | | | | |
|---|---|---|---|---|---|---|
| RA 17626055<br>NDC 60303006500<br>Refills Remaining 4 | | | | | Blister Pack | |
| RISPERIDONE 1MG<br>1 TAB By Mouth BID 0500 1810<br>NDC 27241000150<br>Refills Remaining 4 | | 05/01/2025 | 12/02/2025 | Kristin Canterbury, MD | Pending<br>Blister Pack | Sched |
| | | 12/13/2024 | | Kristin Canterbury, MD | Approved<br>12/09/2024<br>1810<br>Blister Pack | Sched |
| RISPERIDONE 3MG<br>1 TAB By Mouth BID<br>NDC 27241000350<br>Refills Remaining 5 | | 04/06/2025 | 10/04/2025 | MD Timothy<br>Thistlethwaite, MD | Approved<br>04/06/2025<br>1241<br>Blister Pack | Sched |
| TRIHEXYPHENIDYL 5MG<br>1 tabl po TID (am, noon & hs)<br>NDC 603024152<br>RX Num 805263<br>Refills Remaining 5 | | 06/06/2025 | 12/01/2025 | Kristin Canterbury, MD | Approved<br>05/20/2025<br>1547<br>Blister Pack | Sched |

## 02- MH - Psychiatric Treatment Plan

OID:    3380501    Location: MOCC-MTHT-001-448-002-MD
Interviewer: Canterbury, MD, Kristin

**Keith William Lowe**
**#3380501**

**Current Diagnosis**

| 1. | Current Diagnosis: ***Displays ONLY previous diagnosis .*** | Gastroesophageal reflux disease<br>Seizures<br>L70 Acne<br>MH – F32.9 – Unspecified Depressive Disorder<br>MH – F41.9 – Unspecified Anxiety Disorder<br>MH – F12.20 – Cannabis Use Disorder, Moderate/Severe<br>MH – F60.2 – Antisocial Personality Disorder<br>Dental-Cleaning<br>Dental-x-ray<br>Dental-Filling surface<br>INFIRMARY/MHU/BHU<br>Segregation<br>Dental-x-ray<br>Dental-Cleaning<br>Dental-Filling surface<br>Collegial Review<br>INFIRMARY/MHU/BHU<br>X78 Intentional self-harm by sharp object<br>NP-Non-specific Discomfort<br>INFIRMARY/MHU/BHU<br>F11.20 Opioid Use Disorder - Moderate to Severe<br>INFIRMARY/MHU/BHU<br>INFIRMARY/MHU/BHU |

**New Diagnosis**
***If DIAGNOSIS is not listed, please be sure to enter a DIAGNOSIS using the patient's PROBLEM tab.***

| 2. | Bi-Polar Disorders | (Select One) ⌄ |
| 3. | Depressive Disorders | MH – F32.9 – Unspecified Depressive Disorder ⌄ |
| 4. | Anxiety Disorders | MH – F41.9 – Unspecified Anxiety Disorder ⌄ |
| 5. | Trauma and Stress Related Disorders | MH – F43.8 – Other Specified Trauma- and Stressor- Related Disorder ⌄ |
| 6. | Disruptive, Impulse Control, and Conduct Disorders | (Select One) ⌄ |
| 7. | Alcohol Use Disorders | ☐ MH - F10.10 - Alcohol Use Disorder, Mild<br>☐ MH - F10.20 - Alcohol Use Disorder, Moderate/Severe<br>☐ MH - F10.14 - Alcohol-Induced Depressive/Bipolar Disorder, With use disorder, mild<br>☐ MH - F10.24 - Alcohol-Induced Depressive/Bipolar Disorder, With use disorder, moderate/severe<br>☐ MH - F10.294 - Alcohol-Induced Depressive/Bipolar Disorder, Without use disorder<br>☐ MH - F10.159 - Alcohol-Induced Psychotic Disorder, With use disorder, mild<br>☐ MH - F10.259 - Alcohol-Induced Psychotic Disorder, With use disorder, moderate/severe |

| | | |
|---|---|---|
| | | ☐ MH - F10.959 - Alcohol-Induced Psychotic Disorder, Without use disorder |
| | | ☐ MH - F10.180 - Alcohol-Induced Anxiety Disorder, With use disorder, mild |
| | | ☐ MH - F10.280 - Alcohol-Induced Anxiety Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F10.980 - Alcohol-Induced Anxiety Disorder, Without use disorder |
| | | ☐ MH - F10.99 - Unspecified Alcohol-Related Disorder |
| 8. ⚙ | Cannabis Related Disorders | ☐ MH - F12.10 - Cannabis Use Disorder, Mild |
| | | ☐ MH - F12.20 - Cannabis Use Disorder, Moderate/Severe |
| | | ☐ MH - F12.150 - Cannabis-Induced Psychotic Disorder, With use disorder, mild |
| | | ☐ MH - F12.250 - Cannabis-Induced Psychotic Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F12.959 - Cannabis-Induced Psychotic Disorder, Without use disorder |
| | | ☐ MH - F12.180 - Cannabis-Induced Anxiety Disorder, With use disorder, mild |
| | | ☐ MH - F12.280 - Cannabis-Induced Anxiety Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F12.980 - Cannabis-Induced Anxiety Disorder, Without use disorder |
| | | ☐ MH - F12.99 - Unspecified Cannabis-Related Disorder |
| 9. ⚙ | Sedative, Hypnotic, or Anxiolytic Related Disorder | ☐ MH - F13.10 - Sedative, Hypnotic, or Anxiolytic Use Disorder, mild |
| | | ☐ MH - F13.20 - Sedative, Hypnotic, or Anxiolytic use Disorder, moderate/severe |
| | | ☐ MH - F13.14 - Sedative, Hypnotic, or Anxiolytic- Induced Depressive/Bipolar Disorder, With use disorder, mild |
| | | ☐ MH - F13.24 - Sedative, Hypnotic, or Anxiolytic- Induced Depressive/Bipolar Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F13.94 - Sedative, Hypnotic, or Anxiolytic- Induced Depressive/Bipolar Disorder, Without use disorder |
| | | ☐ MH - F13.159 - Sedative, Hypnotic, or Anxiolytic- Induced Psychotic Disorder, With use disorder, mild |
| | | ☐ MH - F13.259 - Sedative, Hypnotic, or Anxiolytic- Induced Psychotic Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F13.959 - Sedative, Hypnotic, or Anxiolytic- Induced Psychotic Disorder, Without use disorder |
| | | ☐ MH - F13.180 - Sedative, Hypnotic, or Anxiolytic- Induced Anxiety Disorder, With use disorder, mild |
| | | ☐ MH - F13.280 - Sedative, Hypnotic, or Anxiolytic- Induced Anxiety Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F13.980 - Sedative, Hypnotic, or Anxiolytic- Induced Anxiety Disorder, Without use disorder |
| | | ☐ MH - F13.99 - Unspecified Sedative, Hypnotic, or Anxiolytic- Related Disorder |
| 10. ⚙ | Opioid Related Disorders | ☐ MH - F11.10 - Opioid Use Disorder, Mild |
| | | ☐ MH - F11.20 - Opioid Use Disorder, Moderate/Severe |
| | | ☐ MH - F11.14 - Opioid- Induced Depressive Disorder, With use disorder, mild |
| | | ☐ MH - F11.24 - Opioid- Induced Depressive Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F11.94 - Opioid- Induced Depressive Disorder, Without use disorder |
| | | ☐ MH - F11.188 - Opioid- Induced Anxiety Disorder, With use disorder, mild |
| | | ☐ MH - F11.288 - Opioid- Induced Anxiety Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F11.988 - Opioid- Induced Anxiety Disorder, Without use disorder |
| | | ☐ MH - F11.99 - Unspecified Opioid-Related Disorder |
| 11. ⚙ | Stimulant Related Disorders | ☐ MH - F15.10 - Amphetamine-Type Substance Use Disorder, Mild |
| | | ☐ MH - F15.20 - Amphetamine-Type Substance Use Disorder, Moderate/Severe |
| | | ☐ MH - F15.14 - Amphetamine (or other stimulant)-Induced Depressive Disorder, With use disorder, mild |
| | | ☐ MH - F15.24 - Amphetamine (or other stimulant)-Induced Depressive/Bipolar Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F15.94 - Amphetamine (or other stimulant)-Induced Depressive/Bipolar Disorder, Without use disorder |
| | | ☐ MH - F15.159 - Amphetamine (or other stimulant)-Induced Psychotic Disorder, With use disorder, mild |

| | | |
|---|---|---|
| | | ☐ MH - F15.259 - Amphetamine (or other stimulant)-Induced Psychotic Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F15.959 - Amphetamine (or other stimulant)-Induced Psychotic Disorder, Without use disorder |
| | | ☐ MH - F15.180 - Amphetamine (or other stimulant)-Induced Anxiety Disorder, With use disorder, mild |
| | | ☐ MH - F15.280 - Amphetamine (or other stimulant)-Induced Anxiety Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F15.980 - Amphetamine (or other stimulant)-Induced Anxiety Disorder, Without use disorder |
| | | ☐ MH - F15.99 - Unspecified Amphetamine (or other stimulant)-Related Disorder |
| | | ☐ MH - F14.10 - Cocaine Use Disorder, Mild |
| | | ☐ MH - F14.20 - Cocaine Use Disorder, Moderate/Severe |
| | | ☐ MH - F14.14 - Cocaine-Induced Depressive/Bipolar Disorder, With use disorder, mild |
| | | ☐ MH - F14.24 - Cocaine-Induced Depressive/Bipolar Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F14.94 - Cocaine-Induced Depressive/Bipolar Disorder, Without use disorder |
| | | ☐ MH - F14.159 - Cocaine-Induced Psychotic Disorder, With use disorder, mild |
| | | ☐ MH - F14.259 - Cocaine-Induced Psychotic Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F14.959 - Cocaine-Induced Psychotic Disorder, Without use disorder |
| | | ☐ MH - F14.180 - Cocaine-Induced Anxiety Disorder, With use disorder, mild |
| | | ☐ MH - F14.280 - Cocaine-Induced Anxiety Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F14.980 - Cocaine-Induced Anxiety Disorder, Without use disorder |
| | | ☐ MH - F14.99 - Unspecified Cocaine-Related Disorder |
| 12. ☺ | Hallucinogen Related Disorders | ☐ MH - F16.10 - Phencyclidine or Other Hallucinogen Use Disorder, Mild |
| | | ☐ MH - F16.20 - Phencyclidine Other Hallucinogen Use Disorder, Moderate/Severe |
| | | ☐ MH - F16.14 - Phencyclidine or Other Hallucinogen-Induced Depressive/Bipolar Disorder, With use disorder, mild |
| | | ☐ MH - F16.24 - Phencyclidine or Other Hallucinogen-Induced Depressive/Bipolar Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F16.94 - Phencyclidine or Other Hallucinogen-Induced Depressive/Bipolar Disorder, Without use disorder |
| | | ☐ MH - F16.159 - Phencyclidine or Other Hallucinogen-Induced Psychotic Disorder, With use disorder, mild |
| | | ☐ MH - F16.259 - Phencyclidine or Other Hallucinogen-Induced Psychotic Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F16.959 - Phencyclidine or Other Hallucinogen-Induced Psychotic Disorder, Without use disorder |
| | | ☐ MH - F16.180 - Phencyclidine or Other Hallucinogen-Induced Anxiety Disorder, With use disorder, mild |
| | | ☐ MH - F16.280 - Phencyclidine or Other Hallucinogen-Induced Anxiety Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F16.980 - Phencyclidine or Other Hallucinogen-Induced Anxiety Disorder, Without use disorder |
| | | ☐ MH - F16.983 - Hallucinogen Persisting Perception Disorder |
| | | ☐ MH - F16.99 - Unspecified Phencyclidine or Other Hallucinogen- Related Disorder |
| 13. ☺ | Inhalant Related Disorders | ☐ MH - F18.10 - Inhalant Use Disorder, Mild |
| | | ☐ MH - F18.20 - Inhalant Use Disorder, Moderate/Severe |
| | | ☐ MH - F18.14 - Inhalant-Induced Depressive Disorder, With use disorder, mild |
| | | ☐ MH - F18.24 - Inhalant-Induced Depressive Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F18.94 - Inhalant-Induced Depressed Disorder, Without use disorder |
| | | ☐ MH - F18.169 - Inhalant-Induced Psychotic Disorder, With use disorder, mild |
| | | ☐ MH - F18.259 - Inhalant-Induced Psychotic Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F18.959 - Inhalant Induced Psychotic Disorder, Without use disorder |
| | | ☐ MH - F18.180 - Inhalant-Induced Anxiety Disorder, With use disorder, mild |
| | | ☐ MH - F18.280 - Inhalant-Induced Anxiety Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F18.980 - Inhalant induced Anxiety Disorder, Without use disorder |

| | | |
|---|---|---|
| | | ☐ MH - F18.99 - Unspecified Inhalant- Related Disorder |
| 14. | Other (or Unknown) Substance-Related Disorders | ☐ MH - F19.10 - Other (or Unknown) Substance Use Disorder, Mild |
| | | ☐ MH - F19.20 - Other (or Unknown) Substance Use Disorder, Moderate/Severe |
| | | ☐ MH - F19.14 - Other (or Unknown) Substance-Induced Depressive/Bipolar Disorder, With use disorder, mild |
| | | ☐ MH - F19.24 - Other (or Unknown) Substance-Induced Depressive/Bipolar Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F19.94 - Other (or Unknown) Substance-Induced Depressive/Bipolar Disorder, Without use disorder |
| | | ☐ MH - F19.159 - Other (or Unknown) Substance-Induced Psychotic Disorder, With use disorder, mild |
| | | ☐ MH - F19.259 - Other (or Unknown) Substance-Induced Psychotic Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F19.959 - Other (or Unknown) Substance-Induced Psychotic Disorder, Without use disorder |
| | | ☐ MH - F19.180 - Other (or Unknown) Substance-Induced Anxiety Disorder, With use disorder, mild |
| | | ☐ MH - F19.280 - Other (or Unknown) Substance-Induced Anxiety Disorder, With use disorder, moderate/severe |
| | | ☐ MH - F19.980 - Other (or Unknown) Substance-Induced Anxiety Disorder, Without use disorder |
| | | ☐ MH - F19.99 - Unspecified Other (or Unknown) Substance-Related Disorder |
| 15. | Personality Disorders | MH - F60.3 - Borderline Personality Disorder        ⌄ |
| 16. | Schizophrenia Spectrum and Other Psychotic Disorders | (Select One)        ⌄ |
| 17. | Neurodevelopmental Disorders | (Select One)        ⌄ |
| 18. | Neurocognitive Disorders | (Select One) |
| 19. | Other Clinical Conditions | ☐ MH - Z91.5 - Personal History of Self-Harm |
| | | ☐ MH - Z76.5 - Malingering |
| | | ☐ MH - R41.83 - Borderline Intellectual Functioning |
| | | ☐ MH - Z72.811 - Adult Antisocial Behavior |
| | | ☐ MH - Z91.19 - Nonadherence to Medical Treatment |
| | | ☐ MH - G25.79 - Other Medication-Induced Movement Disorder |
| 20. | Other Medical Disorders | (Select One)        ⌄ |
| 21. | Adjustment Disorders | (Select One)        ⌄ |

**Medications**

| 22. | Current Medications: ***Displays ONLY current medications.*** | Medication: RISPERIDONE 1MG TAB BID 0500 1615; Directions: 1 TAB By Mouth BID 0500 1615 ; Dosing Begin Date: 06-09-2025 Dosing End Date: 12-02-2025 Refills Left: 5; Prescriber: Canterbury, MD, Kristin; |
|---|---|---|

Medication: BUSPIRONE 5MG TAB ; Directions: 2 tabs po TID (am, noon & hs); Dosing Begin Date: 06-06-2025 Dosing End Date 01-2025 Refills Left: 5; Prescriber: Canterbury, MD, Kristin;

Medication: BUPROPION 15MG TAB ; Directions: 1 tab po qpm & qhs; Dosing Begin Date: 06-05-2025 Dosing End Date: 09-02-2025 Left: 2; Prescriber: Canterbury, MD, Kristin;

Medication: ABILIFY 5MG TAB QPM; Directions: 1 TAB By Mouth QPM ; Dosing Begin Date: 06-03-2025 Dosing End Date: 11-28-202 Left: 5; Prescriber: Canterbury, MD, Kristin;

Medication: GABAPENTIN 400MG CAP ; Directions: TAKE 3 CAPSULE(S) BY MOUTH TWICE A DAY AT NOON AND IN THE EVENI "OPEN AND FLOAT"; Dosing Begin Date: 05-11-2025 Dosing End Date: 11-05-2025 Refills Left: 5; Prescriber: Canterbury, MD, Kristin

Medication: GABAPENTIN 400mg CAP 400MG CAP HS 2100; Directions: TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME "OPEN AN FLOAT" (2100); Dosing Begin Date: 05-11-2025 Dosing End Date: 11-05-2025 Refills Left: 6; Prescriber: Canterbury, MD, Kristin;

Medication: BUPROPION 100MG TAB QPM; Directions: 1 TAB By Mouth QPM; Crush; Dosing Begin Date: 04-29-2025 Dosing End D 24-2025 Refills Left: 6; Prescriber: MD Thistlethwaite, Timothy;

Medication: BUPROPION 100MG TAB HS 2100; Directions: 1 TAB By Mouth HS 2100 ; Crush; Dosing Begin Date: 04-29-2025 Dosing Date: 10-24-2025 Refills Left: 6; Prescriber: MD Thistlethwaite, Timothy;

Medication: DOCUSATE SOD 100MG CAP QPM; Directions: TAKE 2 TABLET(S) BY MOUTH AT NOON ; CRUSH; Dosing Begin Date: 04-29-2 Dosing End Date: 10-24-2026 Refills Left: 6; Prescriber: MD Thistlethwaite, Timothy;

Medication: Buprenorphine/Naloxone 8mg/2mg SUB TAB ; Directions: DISSOLVE 2 TABS UNDER THE TONGUE ONCE DAILY; Dosi Date: 04-21-2025 Dosing End Date: 07-19-2025 Refills Left: 4; Prescriber: MD Johnson, Sherri;

Medication: OMEPRAZOLE 20MG DR CAP HS 2100; Directions: 1 CAP By Mouth HS 2100 ; Dosing Begin Date: 04-21-2025 Dosing 10-17-2025 Refills Left: 6; Prescriber: MD Johnson, Sherri;

Medication: RISPERIDONE 0.5MG TAB BID; Directions: 1 TAB By Mouth BID ; Dosing Begin Date: 04-08-2025 Dosing End Date: 10-( Refills Left: 6; Prescriber: MD Johnson, Sherri;

Medication: RISPERIDONE 1MG TAB QPM; Directions: 1 CAP By Mouth QPM; Dosing Begin Date: 03-28-2026 Dosing End Dat 2025 Refills Left: 4; Prescriber: MD Johnson, Sherri;

Medication: IBUPROFEN 200MG TAB BID 0500 1615; Directions: 2 TAB By Mouth BID 0500 1615 ; Dosing Begin Date: 03-28-2025 D End Date: 09-23-2025 Refills Left: 5; Prescriber: MD Johnson, Sherri;

Medication: RISPERIDONE 1MG TAB BID 0500 1615; Directions: 1 TAB By Mouth BID 0500 1615 ; Dosing Begin Date: 12-13-2024 D End Date: 06-08-2025 Refills Left: 6; Prescriber: Canterbury, MD, Kristin;

Medication: TRIHEXYPHENIDYL 5MG TAB ; Directions: TAKE 2 TABLET(S) BY MOUTH THREE TIMES A DAY (AM, NOON, BEDTIM GOOD LIFETIME); Dosing Begin Date: 12-06-2024 Dosing End Date: 06-06-2025 Refills Left: 5; Prescriber: Canterbury, MD, Kristin;

Medication: LEVETIRACETAM 500MG TAB BID 0500 1615; Directions: TAKE 1 TABLET(S) BY MOUTH TWICE A DAY; Dosing Begin 13-2024 Dosing End Date: 06-08-2025 Refills Left: 8; Prescriber: May, PA-C, Sandra;

**Treatment Plan**

| 23. | New Psychiatric Medications Ordered | ○ Yes |
|---|---|---|
| | | ◉ No |

| 24. | Was a medication discontinued or changed. If yes please identify clinical reasons for the change. Medication discussion with patient and reasons for changing should also be documented in the Problems/Symptoms/Plan section of the note | ☑ No medications were changed at this time |
|---|---|---|

☐ Patient continues to report symptoms or no change in symptoms with current medications

☐ Patient reports side effects related to medication

☐ The medication may interact with other prescribed medications leading to potentially harmful side-effects

☐ Medication has significant side effect profile, alternative medication is anticipated to be effective for patient's current diagnosis side-effects

☐ Patient has medical condition that makes the current medication inappropriate or unsafe

☐ New medication is anticipated to be more effective for patient's current diagnosis and symptoms

☐ Patient is on multiple medications in same class and changes were made to reduce polypharmacy

☐ Current medication poses a high risk for withdrawal symptoms or dependency, a monitored taper or alternative is appropriate

☐ Patient has a history of medication misuse, diversion, or noncompliance, a safer alternative is appropriate

☐ Patient has had a recent change in medical or mental health status requiring medication adjustment

☐ Patient requests medication be discontinued or changed, provider in agreement with this request

☐ The current medication has a high risk of misuse, diversion, overdose, or abuse in a correctional setting

☐ Current medication is not indicated for patient's current diagnosis and an alternative is considered more appropriate and safe

|  |  |  |
|---|---|---|
|  | ☐ | Current medication is subtherapeutic for patient's current diagnosis |
|  | ☐ | Current medication is being increased due to subtherapeutic dose and/or to increase therapeutic response; |
|  | ☐ | Current medication is being increased due to subtherapeutic dose and/or to increase therapeutic response |
| 25. Problems/Symptoms/Plan | Pt seen for intake after admission to MHU and to be evaluated for treatment recommendations and appropriate placement to meet treatment needs.<br><br>Chart reviewed.<br><br>He is adherent to medications and denies adverse effects. Started buspar and dose increased today as planned, denies any worsening and reports maybe small improvement in anxiety, states being on MHU it helped this. Still some intermittent episodes of panic-like symptoms. Describes overthinking and mind racing at times. Some days mood positive while other days he wakes up feeling dysphoric and irritable. Denies any current SI/plan/intent or any self-harming behavior/suicide attempts x 2, most recent April 2025; also has hx of non-suicidal self-injury. No aggression since on MHU. He denies HI, mania psychosis. Pt does report a hx of hearing voices associated with increased stress; hx does not appear consistent with primary psychos Denies any recent substance use. Pt reports a hx of significant childhood trauma;<br><br>Treatment Recommendations<br><br>- Options discussed, pt not interested in any further medication adjustments at this time, buspar dose just increased to 15mg BID today.  Continue current medications unchanged.<br><br>- Psychoeducation provided about pt's diagnoses, role of medications and realistic expectations for this treatment.<br><br>- Given pt's hx of significant childhood trauma and chronic stress of long-term segregation, pt would benefit from increased therapy services to improve distress tolerance and emotion regulation; would also recommend a plan to work toward general population housing as approximate long-term segregation is contributing to more recent deterioration.<br><br>- Due to the history and deterioration while in MOCC segregation, Mr. Lowe would benefit from  evaluation for additional treatment needs and transition plans by outside practitioner.  It is recommended that Mr. Lowe be transferred to a treatment unit in a hospital setting outside of the West Virginia Division of Corrections for the independent evaluation and treatment recommendations. |  |
| 26. Mental Status Exam | A&O x3, NAD, cooperative, good eye contact, speech nr and normal volume, mood is anxious and affect congruent, normal psychom activity, TP - linear and logical, TC - no SI or HI, no AVH or delusions |  |
| 27. Assess if patient is experiencing suicidal ideation, intent, plan, or engaging in self-violent behavior. Alert onsite staff if patient presents with elevated suicide risk. | ◉ Patient does not endorse suicidal ideation, intent, plan, or behavior.<br>○ Patient endorses suicidal ideation or behaviors<br>○ Other (describe) |  |
| 28. Treatment Goal(s) | ☑ Patient will report improvement in affective symptoms<br>☑ Patient will report improvement in impulse control/anger<br>☐ Patient will report improvement in psychotic symptoms<br>☐ Other (describe) |  |
| | Objectives:<br>Patient will attend all follow-up psychiatric appointments<br>Patient will remain 95% compliant with medication<br>Patient will report a decrease in mental health symptoms<br>Patient will maintain 100% sobriety<br>Patient will ask for help when in a crisis<br>Patient will report changes in mental health symptoms | |
| 29. If needed additional objectives (Please list out) |  |  |
| 30. Verbally Reviewed Risks/Benefits/SE's/AR's with inmate | yes |  |
| 31. Education/counseling on: | adherence, SEs, coping skl |  |
| 32. Outside records are available and reviewed | ○ Yes<br>○ No<br>◉ n/a |  |

| 33. | | | |
|---|---|---|---|
| | RTC (if the patient needs seen for MOUD and Psychiatry medications please mark the f/up option for both) : | ☐ | 30 days |
| | | ☐ | BHU Treatment team 30 day follow-up |
| | | ☑ | MHU Treatment team 30 day follow-up |
| | | ☐ | Dementia Treatment team 30 day follow-up day |
| | | ☐ | MOUD Follow-up (30 days) |
| | | ☐ | 60 days |
| | | ☐ | 90 days |
| | | ☐ | PRN |
| | | ☐ | Other (less than 30 or between 30-45 days, specify in notes) |

Kristin Canterbury, MD
Psychiatrist
PSIMED Corrections, LLC