# District Judge Daybook Entry

| United States District Court - Southern District of West Virginia at Charleston ||||
|---|---|---|---|
| Date: | 8/4/2025 | Case Number: | 2:25-cv-00272 |
| Case Style: | Lowe vs. Frame | | |
| Type of hearing: | Motion Hearing | | |
| Before the Honorable: | 2515-Johnston | | |
| Court Reporter: | Ayme Cochran | Courtroom Deputy: | Staci Wilson |
| Attorney(s) for the Plaintiff or Government: ||||
| Lesley Nash ||||
| Attorney(s) for the Defendant(s): ||||
| Jonathan Calhoun,Steven Compton,Gail Lipscomb ||||
| Law Clerk: | Rudy Rosenmeyer | | |
| Probation Officer: | N/A | | |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:39 PM | 3:35 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:55 PM | 5:02 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 3 hours and 3 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled Start: 1:30 p.m.
Actual Start: 1:39 p.m.

Plaintiff present via video. Court addresses pending motion.

Plaintiff calls KEITH LOWE; oath given.
Direct by Ms. Nash.
Cross by Mr. Calhoun.

Plaintiff calls JONATHAN FRAME; oath given.
Direct by Ms. Nash.
Plaintiff's Exhibit 1 marked and admitted.
Plaintiff's Exhibit 2 marked and admitted.
Cross by Mr. Calhoun.
Re-direct by Ms. Nash.

Plaintiff calls EVAN DOVE; oath given.
Direct by Ms. Nash.
Plaintiff's Exhibit 3 marked and admitted.
Plaintiff's Exhibit 4 marked and admitted.
Plaintiff's Exhibit 5 marked and admitted.

Court recessed: 3:35 p.m.
Court reconvened: 3:55 p.m.

Direct of Mr. Dove continues.
Plaintiff's Exhibit 6 marked and admitted.
Cross by Mr. Calhoun.
Cross by Mr. Compton.

Plaintiff calls PATRICK RYAN; oath given.
Direct by Ms. Nash.
Cross by Mr. Calhoun.

Defendant Frame calls JOHNATHAN HUFFMAN; oath given.
Direct by Mr. Calhoun.
No cross.

Court hears arguments from parties.

Court recessed: 5:02 p.m.