## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**KEITH W.R. LOWE,**

      **Plaintiff,**

**v.**                                        **Civil Action No. 2:25-cv-272**
                                               **(Honorable Thomas Johnston)**

**JONATHAN FRAME and**
**DAVID KELLY, et al.**

      **Defendants.**

## CERTIFICATE OF SERVICE

I, Jonathan M. Calhoun Assistant Attorney General and counsel for Defendants, do hereby certify that on August 22, 2025, I served "**DEFENDANT JONATHAN FRAME'S RESPONSE TO FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS**" upon counsel for the Plaintiff, at the address listed below via first-class United States mail, postage prepaid, and that I further filed this "Certificate of Service" with the Clerk of Court using the CM/ECF system and that by virtue of such electronic filing the following counsel have been served an electronic copy thereof:

               Lydia C. Milnes, Esq.
               Leslie M. Nash, Esq.
               Sarah K. Brown, Esq.
               Suite 101
               1029 University Avenue
               Morgantown, WV 26505
               lydia@msjlaw.org
               lesley@msjlaw.org
               sarah@msjlaw.org

               **/s/ Jonathan M. Calhoun**

               _____
               Jonathan M. Calhoun, (WVSB #11134)

Assistant Attorney General
1900 Kanawha Blvd, East
Building 1, Room 400-West
Charleston, WV 25301
Phone: (304) 558-6830