IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KEITH LOWE,

        Plaintiff,

v.                                           CIVIL ACTION NO.  2:25-cv-00272

SUPERINTENDENT JOHN FRAME, et al.,

        Defendants.

**ORDER**

Pending before the Court is plaintiff Keith Lowe's Motion for Leave to File an Emergency Motion to Enforce the Preliminary Injunction, for Civil Contempt, and for Sanctions. (ECF No. 71.)

For reasons appearing to the Court, the Motion is **GRANTED.** The Clerk is **DIRECTED** to file the proposed motion, (ECF No. 71-1), on the docket without seal.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                            ENTER:     August 25, 2025

                                            THOMAS E. JOHNSTON
                                            UNITED STATES DISTRICT JUDGE