CONFIDENTIAL- RESTRICTED FROM INMATE VIEWING

# Keith William Lowe

## #3380501

Glasses, MH - Individual Therapy / Supportive Counseling, MH - History of Placement on a Watch, MAT - Suboxone, MH - Mental Health Unit, MH - Suicide Watch Discharge 24 hr F/up, MH - Razor restriction - electric razor only

Sex: M
DOB: 03/08/1974 (Age 51)
Height: 6ft 0in
Weight: 170 lbs
BMI: 23.6
SSN: 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
Agency: state
Location: MOCC-MTHT-001-446-002-MD
OID: 3380501
Allergies:
NKMA

ReportsInfirmary/MHU/BHU (7)
Full Patient History

# Full Patient History

Name: Lowe, Keith William

DOB: 03-08-1974

Sex: M

SSN: 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

JMS ID: 3380501

Race: White

Ethnicity: Non-Hispanic

Location: MOCC-MTHT-001-446-002-MD

Allergies: NKMA

Print Documents

## Subjective Interview Form

(No Records)

## Chart Notes

| Note Date | Note Text | Note By | Note Access | Note Type |
|---|---|---|---|---|
| 07-07-2025 3:03 am | Admitted MH - Observation (47667, 5534) | Shrewsberry, LGSW, Eric | Infirmary Admit | Infirmary |
| 07-07-2025 3:37 am | Patient escorted to trauma room due to multiple self-harm lacerations. Patient cut "HELP" on his R forearm. Non-adherent dressing applied with 4x4 gauze. R FA laceration measuring 12.5x 0.2x 0.1 cm. Vaseline gauze and kurlix applied. Laceration on penis measuring 0.5x 3.5x 0.1 cm. 3 steri-strips and 4x4 gauze applied. Hemostasis achieved. Patient educated to alert nursing staff if bleeding would resume or if any needs would arise. Dr. Johnson notified and will be seeing the patient in the morning to determine if sutures are needed. E. Shrewsberry LGSW notified and orders placed. | Nutter, RN, Allyson | Medical Staff | Medical Note |
| 07-07-2025 3:54 pm | Approximate time of initial visit on MHU~1100. When this provider arrived on the MHU patient was standing at his closed cell door yelling at the mental health employee who was there to see him. Individual words could not be distinguished, but patient's face appeared angry and the tone of his yelling was angry. Patient subsequently agreed to speak with this provider as he had verbalized concerns regarding his injuries to mental health. Patient reported to me that "when I piss there is stuff dripping out of where the cut is." He also c/o "burning" when he urinates. When 2 officers were available and patient had been cuffed (in front) and shackled patient was seen and examined inside | Johnson, Sherri | Medical Staff | Medical Note |

SUBJECT TO PROTECTIVE ORDER
LOWE v. FRAME et al 2:25-cv-272

CONFIDENTIAL-RESTRICTED FROM INMATE VIEWING

| | | | | |
|---|---|---|---|---|
| | of his cell on the mental health unit. He was awake, alert and ambulatory in his room. Conversation with this provider was relevant and respectful. Superficial lacerations to the bilateral forearms, spelling out H-E-L-P on the right FA and linear form on the left. No steri-strips are in place, scabs intact. No bleeding, erythema, edema or drainage. Laceration ~38mm long around girth of penis approximately midshaft. Patient observed urinating with strong stream, clear yellow urine, and no appearance of fluid in laceration. No steristrips present on wound (removed by patient prior to my arrival), but active bleeding is minimal. Patient observed to have ~3 inch circle of blood on front of boxer shorts. Patient was subsequently brought to medical, still in cuffs and shackles, accompanied by 2, then 3 officers for closure of penile laceration secondary to selfharm with a razor. Procedure explained to patient in detail including medical necessity of procedure to avoid further bleeding, allow for improved wound healing and decrease chances of infection. Patient indicated "man, I did not think this through...this is embarassing," but stated "do whatever you need to do doc." Penis and surrounding area cleaned with betadine and sterile fenestrated drape applied. Laceration irrigated and no foreign body identified. Edges of wound did bleed readily with prepping. Local anesthesia with 1% lidocaine without epinephrine. 7 sutures placed using 4-0 nylon. TAO, telfa and gauze wrap applied loosely. Patient tolerated well. EBL < 2ml. All needles disposed of and tools accounted for at conclusion of procedure. Patient given instructions on wound care and advised to notify medical if bleeding, swelling, increased pain or any color change of penis occurs. Given location of wound, non-clean razor used as object of self-harm and prison environment, will cover with antibiotic and tetanus shot. Patient verbalized understanding. | | | |
| 07-07-2025 4:01 pm | Completed Appointment | Kincaid, MA, Catherine | Completed Appointments | Misc. Note |
| 07-07-2025 4:01 pm | Completed Appointment | Kincaid, MA, Catherine | Completed Appointments | Misc. Note |
| 07-07-2025 4:01 pm | Completed Appointment | Kincaid, MA, Catherine | Completed Appointments | Misc. Note |
| 07-08-2025 8:15 am | Duplicate | Butler, Whitney | Deleted Appointments | Misc. Note |
| 07-08-2025 8:15 am | Duplicate | Butler, Whitney | Deleted Appointments | Misc. Note |
| 07-09-2025 4:04 pm | Completed Appointment | Shrewsberry, LGSW, Eric | Completed Appointments | Misc. Note |
| 07-10-2025 10:31 am | Patient has refused all 0500 and 12:00 medications. The patient has refused to get up to take either. He stated "I don't want them" and went back to sleep. It was reported to this writer by the CO on the unit that the patient was awake all night and then went to sleep this morning. Woke up long enough to eat breakfast and then went back to sleep. The patient is currently asleep. | Summers, Nicole | Medical Staff | Medical Note |
| 07-10-2025 3:13 pm | Sick call completed 7-10-25 at 3:13 pm by Catherine Kincaid, MA | Kincaid, MA, Catherine | Completed Appointments | Misc. Note |
| 07-10-2025 3:25 pm | Patient expressed to staff that he thought he was supposed to have a dressing change for the self inflicted laceration on his penis. There were no orders in his chart specifically stating that so I spoke with the Director of Nursing Shirley Hamrick who spoke with Dr.Johnson. Per Dr.Johnson, the patient was instructed at the time of suturing, to leave it open to the air as long as it wasnt bleeding. Patient told to cleanse the area with warm water and soap and to gently pat dry. Patient is receiving antibiotics currently. Patient to have sutures removed in 4 more days unless other wise stated. Patient instructed to notify staff should any bleeding start, infection noted, or swelling. | Summers, Nicole | Medical Staff | Medical Note |
| 07-11-2025 2:16 pm | Patient informed PsiMed staff member Catherine Kincaid that he thought his penis was infected. The patient was in the shower and I was asked to assess him. I was escorted to the shower room with a male Correctional Officer that was on the unit. I asked the patient if he was comfortable with letting me see the area in question. The patient said yes. The patient has 7 sutures to the top, mid shaft of the penis-slight redness and slight swelling noted on the distal side of the sutures. The patient said that he had not been cleaning the area since the sutures were placed. No pain when the area was touched. Explained to him that he needed to gently wash the area with soap and water, rinse well, and gently pat it dry. His left arm was bleeding, and he said that he pulled the scab off of the cut. | Summers, Nicole | Medical Staff | Medical Note |

SUBJECT TO PROTECTIVE ORDER
LOWE v. FRAME et al 2:25-cv-272

CONFIDENTIAL - RESTRICTED FROM INMATE VIEWING

| | | | | |
|---|---|---|---|---|
| | Told him to gently wash that area as well, and to pat dry. Large band-aids applied to the left arm. Unable to wrap with a gauze type bandage as the patient is on a constant watch for self harm. Told the patient to watch for any signs of infection, such as drainage, foul odor, increased swelling and redness, pain, or feeling sick/fever. Explained that he needed to clean the areas daily and I notified the officer he would need to be given a small amount of soap to use each day. I called and spoke with medical to inform them of the issue and they are in agreement with the above information. I will remind the patient to notify staff with any concerns or the need for medical care. The patient is currently on antibiotic treatment and Motrin. | | | |
| 07-11-2025 4:02 pm | Sick call completed 7-11-25 at 4:02 pm by Catherine Kincaid, MA | Kincaid, MA, Catherine | Completed Appointments | Misc. Note |
| 07-11-2025 4:14 pm | *Addition to note written 7/11/2025 @ 1416. Bleeding to left forearm had stopped prior to applying bandaids. Bandaids applied as a protective covering to prevent the area from coming into contact with anything until the skin forms a new scab. The area did not need any type of gauze wrap as the area was no longer bleeding. *Correction to my entry of the patient being on a constant watch. The patient is NOT on a constant watch. | Summers, Nicole | Medical Staff | Medical Note |
| 07-12-2025 5:19 pm | Sick call completed 7-12-25 at 5:19 pm by Rebecca Collins, MA | Collins, MA, Rebecca | Completed Appointments | Misc. Note |
| 07-13-2025 4:46 pm | Sick call completed 7-13-25 at 4:46 pm by Rebecca Collins, MA | Collins, MA, Rebecca | Completed Appointments | Misc. Note |
| 07-14-2025 12:15 pm | Completed Appointment | Shrewsberry, LGSW, Eric | Completed Appointments | Misc. Note |
| 07-14-2025 12:25 pm | Provided Pt. Lowe with a copy of the SCSTP he completed with his assigned therapist. | Shrewsberry, LGSW, Eric | Medical Staff | Mental Health Note |
| 07-14-2025 12:25 pm | Provided Pt. Lowe with a copy of the SCSTP he completed with his assigned therapist. | Shrewsberry, LGSW, Eric | Medical Staff | Mental Health Note |

## Problems

| Date Opened | Problem Type | Problem Subtype | Current Status | Date Closed | Closed By |
|---|---|---|---|---|---|
| 07-07-2025 3:03 am | INFIRMARY/MHU/BHU | *[blank]* | closed | 07-14-2025 12:15 pm | Shrewsberry, LGSW, Eric |
| 07-07-2025 11:39 am | X78 Intentional self-harm by sharp object | *[blank]* | open | *[blank]* | , |
| 07-07-2025 3:08 pm | S31.22 Laceration with foreign body of penis | *[blank]* | open | *[blank]* | , |
| 07-14-2025 12:15 pm | INFIRMARY/MHU/BHU | *[blank]* | open | *[blank]* | , |

## Medical Sick Calls

(No Records)

SUBJECT TO PROTECTIVE ORDER
LOWE v. FRAME et al 2:25-cv-272

CONFIDENTIAL- RESTRICTED FROM INMATE VIEWING

# MH - MHU Treatment Plan

OID: aut47762 **Location:** MOCC-MTHT-001-446-002-MD
**Interviewer:** Kincaid, MA, Catherine (07/14/2025 1415)

**Keith William Lowe**
**#aut47762**

| | | |
|---|---|---|
| Date of admission to MHU: | | 05/29/2025 |
| Date of Treatment Plan | | 07/14/2025 |
| Group Level | ● **A** | |
| Current Medications | SEE EMR | |
| Current Diagnoses | Gastroesophageal reflux disease<br>Seizures<br>L70 Acne<br>MH - F32.9 - Unspecified Depressive Disorder<br>MH - F41.9 - Unspecified Anxiety Disorder<br>MH - F12.20 - Cannabis Use Disorder, Moderate/Severe<br>MH - F60.2 - Antisocial Personality Disorder<br>Dental-Cleaning<br>Dental-x-ray<br>Dental-Filling surface<br>Segregation<br>Dental-x-ray<br>Dental-Cleaning<br>Dental-Filling surface<br>Collegial Review<br>X78 Intentional self-harm by sharp object<br>NP-Non-specific Discomfort<br>F11.20 Opioid Use Disorder - Moderate to Severe<br>F43.9 Reaction to severe stress, unspecified<br>F60.3 Borderline personality disorder<br>X78 Intentional self-harm by sharp object<br>S31.22 Laceration with foreign body of penis<br>INFIRMARY/MHU/BHU | |
| Patient requires MHU monitoring and care due to: | ☑ **Easily Agitated**<br>☑ **Other positive psychosis symptoms**<br>☑ **Self-injurious regardless of intent**<br>☑ **Threats**<br>☑ **Requires evaluation for mental health treatment**<br>☑ **Severe mental illness requiring treatment**<br>☑ **Requires MHU level supervision and treatment to achieve or maintain stability** | |
| Patient on Level A due to: | ☑ **Acute mental health crisis** | Engaged in self-harming behavior on 7/7/2025 |
| Recreation Goal: Patient will participate safety in recreation on unit and in designated outside recreation yard. | ☑ **Patient will participate in individual outside recreation based on current safety and facility accommodations**<br>☑ **Patient will participate in individual passive recreation based on current safety and facility accommodations** | |
| Medication Goals. Patient will receive treatment while on unit. | ☑ **Patient will have the opportunity to participate in treatment team meetings**<br>☑ **Patient will comply with medications**<br>☑ **Patient will work with treatment team to develop appropriate interventions** | |
| Hygiene Goal. Patient will exhibit acceptable personal hygiene. | ☑ **Patient will maintain hygiene independently** | |
| Behavior and Social Interventions. Patient will interact in a safe and appropriate manner while on unit. | ☑ **Patient will maintain safe behavior**<br>☑ **Patient will engage with treatment team** | |
| Other privileges for patient | Will be allowed TV, radio, and fan in cell. | |
| Treatment Interventions: | ☑ **Psychiatry**<br>☑ **Individual interactions with unit staff** | $30 dollar store call due to 3D status. |

SUBJECT TO PROTECTIVE ORDER
LOWE v. FRAME et al 2:25-cv-272

CONFIDENTIAL - RESTRICTED FROM INMATE VIEWING

| | | |
|---|---|---|
| | ☑ **Assessment for further treatment needs**<br>☑ **Store call as determined by Treatment Team**<br>☑ **Tablet (note any restrictions or specific uses of tablet if needed)** | |
| Staff Signature: | Catherine Kincaid, MA | 07/14/2025 |

SUBJECT TO PROTECTIVE ORDER
LOWE v. FRAME et al 2:25-cv-272

CONFIDENTIAL- RESTRICTED FROM INMATE VIEWING

# Man-Down/Injury Report

**Keith William Lowe**
**#3380501**

| | | | |
|---|---|---|---|
| **OID:** | 3380501 | **Location:** | MOCC-MTHT-001-446-002-MD |
| **DOB:** | 03/08/1974 | **Race:** | White |
| **Age:** | 51 | **Interviewers:** | RN Coleman, RN, Michelle (07/07/2025 0705) |
| **Height:** | 6ft 0in | | LPN Knowles, LPN, Jessica (07/07/2025 0307) |
| **Weight:** | 170 | | |

| | | | |
|---|---|---|---|
| 1. | Type of Event | ☑ **Suicide Attempt Requiring Medical Intervention** | |
| 1a. | Was the patient sent to the ER? | ● **No** | |
| 1b. | Did injury/suicide result in death? | ● **No** | |
| 1d. | Was this an exposure?<br><br>(Only applicable for Work related Injuries) | ● **Not applicable** | |
| 2. | Date | | 07/07/2025 |
| 3. | Who was the victim? | Keith William Lowe #3380501 | |
| 4. | What occured? | I/M cut himself in many places | |
| 5. | When did this occur? | at approx 0153am | |
| 6. | When was it reported? | at approm 0155am | |
| 7. | Where did it happen | MHU cel 446 | |
| 8. | Time of arrival at scene? | approx 0200 | |
| 9. | Staff responding | Nancy Isom LPN, Kristina Lafferty LPN, Jessica Knowles LPN, Allyson Nutter RN | |
| 10. | Type of Injury | Cuts | |
| 12. | Treatment | ☑ **First Aid**<br>☑ **Assessment**<br>☑ **Refer to Psi Med**<br>☑ **Scheduled for Dr. / NP / Dental Call**<br>☑ **Return to Pod**<br>☑ **Wound Care (due to Use of force)** | |
| 13. | Did the victim have protective gear available? | ● **N/A** | |
| 14. | Did the victim use protective gear? | ● **N/A** | |
| 16. | Critical Incident Debriefing | At approx. 0155 Central Control informed medical staff that they were needed in MHU that I/M Lowe had cut himself. While arriving to MHU I/M Lowe was standing with officers at his cell door. I/M stated that he had cut himself, blood was present. I/M had wrapped plastic wrap around both of his arms, blood present. I/M was brought to medical for an assessment. Nursing staff assessed wounds on his right inner forearm he stated that was "old" it happened yesterday but it was currently bleeding. On his left inner forearm there was lacerations that were approx 6 inches long. On his penis shaft he had a laceration that was approx 1 mm deep 3.5cm x 0.5 cm across. All of the area's were cleaned and bandaged. Steri strips were placed on the penis and wrapped. There was no active bleeding at this time. Psi med and medical providers were notified. verbal orders were given from both Psi med and S.Johnson MD. I/M placed on a level constant watch, strip cell, suicide blanket, finger food, staff contact only, razor restriction. Medical provider will reassess wounds. | |

SUBJECT TO PROTECTIVE ORDER
LOWE v. FRAME et al 2:25-cv-272

## Mental Health Sick Calls

(No Records)

## Alerts

| Alert | Created By | Create Date | Removed By | Remove Date |
|---|---|---|---|---|
| MH - Suicide Watch - Level 1 | Shrewsberry, LGSW, Eric | 07-07-2025 2:23 am | Shrewsberry, LGSW, Eric | 07-09-2025 3:36 pm |
| MH - Suicide Watch - Level 2 | Shrewsberry, LGSW, Eric | 07-09-2025 3:37 pm | Shrewsberry, LGSW, Eric | 07-14-2025 12:26 pm |
| MH - Suicide Watch Discharge 24 hr F/up | Shrewsberry, LGSW, Eric | 07-14-2025 12:13 pm | , | *[blank]* |
| MH - Razor restriction - electric razor only | Shrewsberry, LGSW, Eric | 07-14-2025 12:13 pm | , | *[blank]* |

SUBJECT TO PROTECTIVE ORDER
LOWE v. FRAME et al 2:25-cv-272

CONFIDENTIAL RESTRICTED FROM INMATE VIEWING

SUBJECT TO PROTECTIVE ORDER
LOWE v. FRAME et al 2:25-cv-272

# MH - Precautions Treatment Plan

**OID:** aut47667 **Location:** MOCC-MTHT-001-446-002-MD
**DOB:** 03/08/1974 **Interviewer:** Kincaid, MA, Catherine (07/11/2025 1512)

**Keith William Lowe**
**#aut47667**

| | | | |
|---|---|---|---|
| | Current facility: | MOCC | |
| | Type of Plan: | ● **Updated Plan** | |
| | Type of Watch | ● **Suicide Precautions** | |
| 1. | Admission Date: | | 7/7/2025 |
| 3. | Level Two Watch - Frequency of Random/Interval Monitoring: | ☑ **15 minutes**<br>☑ **Random/Interval** | |
| 4. | Special Monitoring Instructions | ☑ **Easily Agitated**<br>☑ **Self-Injurious**<br>☑ **Threats** | |
| 5. | Privileges: (Inmate should not be allowed additional privileges unless indicated by mental health staff). ATTORNEY PHONE CALLS ARE ALWAYS PERMITTED, HOWEVER, MAY HAVE STIPULATIONS DUE TO SAFETY. Any restrictions are noted. | ☑ **Safety Sarong**<br>☑ **Safety Blanket (Note restrictions and reason for restriction)**<br>☑ **Pillow (Note restrictions and reason for restriction)**<br>☑ **Underwear/Socks**<br>☑ **Reading Materials**<br>☑ **Supervised Shower**<br>☑ **Styrofoam**<br>☑ **Staff Contact Only** | I/M IS ALLOWED BOXERS, TWO SAFETY BLANKETS, ALL LEGAL WORK, AND TABLET AT ALL TIMES. I/M IS ALLOWED A PILLOW BUT NEEDS TO BE EXAMINED FIRST BY DCR. HE IS ALLOWED A BAR OF SOAP FOR HIS WOUNDS, TOOTHBRUSH, TOOTHPASTE, AND COFFEE. |
| 7. | Issues to Target: | ☑ **Patient engaged in self-violent behavior** | |
| 8. | Goals and Outcomes | ☑ **Patient will refrain from engaging in self-violent behavior**<br>☑ **Patient will use safe coping strategies to manage distress**<br>☑ **Patient will commit to engage in treatment** | |
| 9. | Does form need reviewed by supervisor?<br>**(If yes, a task will be triggered to notify supervisor for review. Only SAVE document is review is needed.) | ● **Yes** | |

CONFIDENTIAL RESTRICTED FROM INMATE VIEWING

SUBJECT TO PROTECTIVE ORDER
LOWE v. FRAME et al 2:25-cv-272
RESTRICTED FROM INMATE VIEWING
CONFIDENTIAL
WVDCR0003765
RESTRICTED FROM INMATE VIEWING
CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER
LOWE v. FRAME et al 2:25-cv-272
CONFIDENTIAL RESTRICTED FROM INMATE VIEWING
CONFIDENTIAL RESTRICTED FROM INMATE VIEWING
WVDCR0003756
