# Incident Report
# 00641942

## General

**DOC Incident Number**
00641942

**DOC Incident Type**
Medical Response

**Suspected PREA Incident?**
No

**Photographs?**
Yes

**Incident Date/Approximate Time**
7/7/2025 01:55

**Facility**
MOCC

**Video?**
No

**Reporting Staff**
Coleman, Richard

## Incident Location

| Location | Cell/Room | Other Location |
|---|---|---|
| Housing Unit | 446 | |

## Details of Incident

On Monday, 07 July 2025 I, Lieutenant Richard Coleman while working my assigned post as Shift Commander had the following incident occur. At approximately 0155 hours Central Control did receive a phone call from Corporal Mark Hersman about I/M Keith Lowe #3380501 who is housed in MHU cell 446 had cut himself. I then advised Corporal Alexis Montgomery to call for responders from both Quillams Units and I radioed for both Rec yard Officers to respond to MHU. At approx. 0158 hrs. Registered Nurse Ally Nutter, Licensed Practical Nurse Kristina Lafferty, and Licensed Practical Nurse Jessica Knowles and I entered the unit. Once I looked at I/M Lowe after he was removed from his cell I noticed there was blood and plastic wrap around his mechanical wrist restraints and he had blood in the front of his boxer shorts. Nursing staff decided that it would be better to take I/M Lowe to the trauma room for a more complete look at the wounds and to be able to treat them better in the trauma room. I/M Lowe was escorted to the trauma room using high risk hands on escort by Corporal Logan Wilson, Correctional Officer Two Montana Covert while Sergeant Daniel Thomas, Corporal Anthony Malcomb and myself. I/M Lowe was escorted out of the unit at approx. 0200 hrs. and into the trauma room where his mechanical restraints were moved to the front so medical personnel could clean and treat his wounds. After seeing the wounds on his arms I/M Lowe stated that he had also cut himself on his penis with a dull razor blade that security staff had given to him in the last several days. RN Nutter had I/M Lowe to show her the wound on his member to which I/M Lowe proceeded to remove his member from his boxers as discretely as possible and displayed a cut that was approx. 2 inches long and approx. .5 inches deep on the left side of his penis. RN Nutter then proceeded to clean and bandage the wound to the best of her abilities until the Doctor could come in tomorrow morning and further check on it. I had Cpl. Malcomb go to the infirmary and get a clean pair of boxers for I/M Lowe and the bloodied ones were placed into a biohazard bag for disposal and did take pictures of the wounds on his arms with GO-Pro #GP1. After all of I/M Lowe's wounds were cared for LPN Knowles called the on-call PSI-Med personnel who said that I/M Lowe would be placed on strip cell status

level One 15 minute constant watch until PSI-Med staff could see him in the morning. After speaking with PSI-MED staff LPN Knowles called the On-Call Dr. for Wexford who stated that he would check I/M Lowe's wounds when they came in the morning but if the bleeding was under control there would be no need to send him anywhere. At approx. 2030 hrs. I/M Lowe was taken back to MHU where a Zoom call was placed with PSI-Med Staff and I/M Lowe did speak to them for approx. 15 minutes. Once the Zoom call was finished I/M Lowe was escorted back to side one of MHU where he observed all of his property being loaded into a Quilliams Two cart so it could be placed into a locked office in MHU. I/M Lowe stated that he would not be any issue for the rest of the night and would go to sleep until he could speak with PSI-Med staff. I/M Lowe was issued a safety sarong had the mechanical wrist restraints and shackles removed and was placed into cell MHU-446 without any further issues and all remaining staff exited the unit and returned to their normal duties. END OF REPORT

CONFIDENTIAL- RESTRICTED FROM INMATE VIEWING

# Incident Report
# 00641936

## General

**DOC Incident Number**
00641936

**DOC Incident Type**
Medical Response

**Suspected PREA Incident?**
No

**Photographs?**
Yes

**Incident Date/Approximate Time**
7/7/2025 01:55

**Facility**
MOCC

**Video?**
No

**Reporting Staff**
Malcomb, Anthony R

## Incident Location

| Location | Cell/Room | Other Location |
|---|---|---|
| Housing Unit | 446 | Mental Health Unit |

## Details of Incident

On Monday 07, July 2025, I, Corporal Anthony Malcomb while working my assigned post on the Main Recreation Yard at Mount Olive Correctional Complex and Jail did have the following incident occur. At approximately 0156 hours I was notified via institutional radio to respond to the Mental Health Unit. Once on the Mental Health Unit Sergeant Daniel Thomas, Corporal Logan Wilson, and I are directed to cell 446 where we find Inmate Lowe, Keith OID# 3380501, alert, but with lacerations on both arms, and blood on his boxer shorts. I/M Lowe states he had cut himself to "release the inside pain, outward." I/M Lowe then proceeds to expose his flaccid penis, which also has a self-inflicted laceration, mid shaft, and is currently bleeding. At this time, Cpl. Wilson, Corporal Montana Covert, and I place I/M Lowe in mechanical restraints and are directed to escort him to the Trauma Room. Once in the Trauma room multiple nursing staff assess and apply bandages to control bleeding of the lacerations. Once the assessment is complete Sgt. Thomas, Cpl. Wilson, Cpl. Covert, and I escort I/M Lowe to the Behavioral Health Technician office for a "Skype" interview with Eric Shrewsbury. After the interview is complete, I/M Lowe's property is removed from his cell, and he is placed on "strip-cell" status. Once I/M Lowe is secure back in Cell 446, I return to my regular assigned duties without any further incident. End of Report.

WVDCR003679

SUBJECT TO PROTECTIVE ORDER
LOWE v. FRAME et al 2:25-cv-272