IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**KEITH LOWE,**

    **Plaintiff,**

v.                                                            Case No. 2:25-cv-000272

**JONATHAN FRAME, Superintendent of**
Mt. Olive Correctional Complex, et al.

    **Defendants.**

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.4(b), please enter the withdrawal of appearance of Jonathan M. Calhoun of the West Virginia Attorney General's Office, as counsel on behalf of Defendants Superintendent Jonathan Frame and Commissioner David Kelly.

The undersigned does certify that Anthony D. Eates, Deputy Attorney General, of the Education, Arts, and Boards Division of the West Virginia Attorney General's Office, is assuming representation of said Defendants in the above-styled matter from Jonathan M. Calhoun and has accepted all responsibilities relating to the representation. Said withdrawal and substitution will not delay the trial or other progress of the case and this notice is given more than 90 days prior to trial. All communication, including notices, pleadings, discovery, and other documents pertaining to this matter should be served upon counsel at the following address:

        Anthony D. Eates, Esq.
        Deputy Attorney General
        State Capitol Complex, Building 6, Suite 402
        1900 Kanawha Boulevard East
        Charleston, West Virginia 25305

Respectfully submitted,

**SUPERINTENDENT JONATHAN FRAME and
COMMISSIONER DAVID KELLY**
By Counsel

**JOHN B. McCUSKEY
ATTORNEY GENERAL**

*/s/ Anthony D. Eates II*
**ANTHONY D. EATES II (WV Bar ID #7708)
DEPUTY ATTORNEY GENERAL**
State Capitol Complex
Building 6, Suite 402
Charleston, WV 25305
304-558-8989
Anthony.d.eates@wvago.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KEITH LOWE,

    **Plaintiff,**

v.                                                                                Case No. 2:25-cv-000272

JONATHAN FRAME, Superintendent of
Mt. Olive Correctional Complex, et al.

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, Anthony D. Eates, Assistant Attorney General for the State of West Virginia and counsel for the Defendants Jonathan Frame and David Kelly, do hereby certify that a true and accurate copy of the foregoing *"NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL"* was filed the 26th day of August, 2025, via the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| Lydia C. Milnes, Esq. | Steven R. Compton, Esq. |
| Lesley M. Nash, Esq. | Deputy Attorney General |
| Sarah K. Brown, Esq. | 812 Quarrier St. 6th Floor |
| 1029 University Ave., Ste. 101 | Charleston, WV 25301 |
| Morgantown, WV 26505 | Steven.R.Compton@wvago.gov |
| lydia@msjlaw.org | *Counsel for Defendant Caruso* |
| lesley@msjlaw.org | |
| sarah@msjlaw.org | |
| *Counsel for the Plaintiff* | |

_____
ANTHONY D. EATES