(Rev. 11/2024)
*Please Read Instructions.*

# TRANSCRIPT ORDER FORM

## 1. REQUESTOR'S INFORMATION

| NAME | TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|---|
| Gail V. Lipscomb | 304-225-0150 | gail.v.lipscomb@wvago.gov |
| CONTACT PERSON *(if different)* | TELEPHONE NUMBER | EMAIL ADDRESS |
|  | 304-276-4330 |  |

MAILING ADDRESS *(include law firm name, if applicable)*
Office of the West Virginia Attorney General
812 Quarrier Street, 6th floor
Charleston, WV 25301

## 2. TRANSCRIPT REQUESTED

NAME OF COURT REPORTER: Ayme Cochran

**OR** CHECK HERE [ ] IF HEARING WAS RECORDED ELECTRONICALLY (CourtSmart)

| CASE NUMBER | CASE NAME | JUDGE'S NAME |
|---|---|---|
| 2:25-cv-272 | Keith Lowe v. Superintendant Frame et al | Johnston |
| DATE OF PROCEEDING | TYPE OF PROCEEDING | LOCATION OF PROCEEDING |
| June 5, 2025 | status hearing | Charleston by phone |

REQUEST IS FOR: *(Select one)* [✓] FULL PROCEEDING **OR** [ ] SPECIFIC PORTION *(Must specify below)*

SPECIFIC PORTION(S) REQUESTED *(if applicable. Confer with court reporter.):*

## 3. TYPE OF TRANSCRIPT REQUESTED

| Transcript Type | Original | First Copy to Each Party | Each Add'l Copy |
|---|---|---|---|
| **30-Day Transcript (Ordinary):** A transcript to be delivered within thirty (30) days after receipt of order. | [ ] $4.40 per page | [ ] $1.10 per page | [ ] $0.75 per page |
| **14-Day Transcript:** A transcript to be delivered within fourteen (14) days after receipt of order. | [ ] $5.10 per page | [ ] $1.10 per page | [ ] $0.75 per page |
| **7-Day Transcript (Expedited):** A transcript to be delivered within seven (7) days after receipt of order. | [ ] $5.85 per page | [ ] $1.10 per page | [ ] $0.75 per page |
| **3-Day Transcript:** A transcript to be delivered within three (3) days after receipt of order. | [✓] $6.55 per page | [ ] $1.30 per page | [ ] $0.90 per page |
| **Next-Day Transcript (Daily):** A transcript to be delivered prior to the normal opening hour of the Clerk's Office on the calendar day following receipt of the order, regardless of whether or not that calendar day is a weekend or holiday. | [ ] $7.30 per page | [ ] $1.45 per page | [ ] $1.10 per page |
| **CD of electronically recorded (CourtSmart) proceeding:** Not available if court reporter was present. | [ ] $34.00 | | |

## 4. CERTIFICATION
By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 9-9-25 | Gail V. Lipscomb  *(signed)* |