IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERNDISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**KEITH W.R. LOWE,**

    **Plaintiff,**

v.                                        Civil Action No. 2:25-cv-272
                                                                 Judge Thomas Johnston

**JOHN FRAME, et al.,**

    **Defendants.**

## **AGREED STIPULATION FOR EXTENSION OF TIME**

    ON THIS DAY, came Plaintiff Keith Lowe and Defendant John Frame, by their respective counsel, and jointly stipulate and agree that Plaintiff's deadline to file a motion to compel, if any is deemed necessary, regarding Plaintiffs' First Interrogatories and Requests for Production of Documents to Defendant Frame is extended through and including **October 10, 2025**. The parties do not waive any defenses, objections, or other rights by agreeing to this stipulation.

    It is so stipulated this 15th day of September 2025.

**STIPULATED AND AGREED TO BY:**

/s/ Lesley M. Nash
Lydia C. Milnes, WVSB #10598
Lesley M. Nash, WVSB #14158
Mountain State Justice, Inc.
1029 University Ave., Suite 101
Morgantown, WV 26505
Telephone: (304) 326-0188
lydia@msjlaw.org
lesley@msjlaw.org
*Counsel for Plaintiff*


/s/ *Anthony D. Eates*
Anthony D. Eates (WVSB #7708)

Deputy Attorney General
State Capitol Complex
Building 6, Suite 402
Charleston, WV 25305
(304) 558-8989
Anthony.d.eates@wvago.gov
*Counsel for Defendants Frame & Kelly*