IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**KEITH LOWE,**

    **Plaintiff,**

v.                                                           Civ. Act. No: 2:25cv272
                                                          Judge Thomas Johnston

**SUPERINTENDENT JOHN FRAME, et al.,**

    **Defendants.**

## AFFIDAVIT OF LESLEY M. NASH

I, Lesley M. Nash, make this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746. I declare that I have personal knowledge that the following is a true description of my experience as an attorney, my hourly rates, and the work I necessarily performed acting as counsel for Plaintiff regarding Plaintiff's Motion to Enforce Preliminary Injunction (Dkt. No. 97); Plaintiff's Motion for Joinder and to Amend Complaint (Dkt. No. 47); and Plaintiff's Motion for Order to Facilitate the Release of Records (Dkt. No. 46) in this matter, *Lowe v. Frame, et al.*, Civ. Act. No. 2:25-cv-272.

    1.    I was admitted to the New York State Bar in December 2021 and then admitted to the West Virginia State Bar in March 2022. I am also admitted to practice before the United States District Court for the Southern District of West Virginia; the United States District Court for the Northern District of West Virginia; and the Court of Appeals for the Fourth Circuit.

    2.    I have practiced law with Mountain State Justice, Inc., a non-profit, civil legal services organization since February 2022. During my time with Mountain State Justice, I have focused my work on civil rights litigation in West Virginia prisons and jails.

3. In August 2020, I graduated from the University of Kentucky College of Law, in Lexington, Kentucky, where I graduated *magna cum laude*. In December 2020, I graduated from the University of Nottingham with an LL.M. in Public International Law with distinction.

4. During my graduate and postgraduate studies, I worked in a variety of legal and public interest positions, including as a Graduate Research Fellow with the Kentucky Legislative Commission; an Intern with the United Nations Office of the High Commissioner for Human Rights in Addis Ababa, Ethiopia; a Summer Law Clerk with the Southern Environmental Law Center in Nashville, Tennessee; a Student Research Assistance in the International Criminal Justice Unit at the University of Nottingham Human Rights Law Centre; and as a Legal Research Intern at the Open Society Justice Initiative in New York, New York.

5. According to contemporary time records that I regularly create and maintain, I have accumulated attorney fees of $15,750.00 in the following manner:

   a. $1,170.00 pertaining to Plaintiff's motion for joinder and to amend his Complaint;

   b. $1,170.00 pertaining to Plaintiff's motion to facilitate the release of records;

   c. $9,660.00 pertaining to Plaintiff's motion to enforce the preliminary injunction, for contempt, and for sanctions, including the hearing before this Court on August 4, 2025;

   d. $1,620.00 pertaining to correspondence, meetings, and communications with Plaintiff Keith Lowe relating to the aforementioned motions; and

   e. $2,130.00 pertaining to drafting of fee affidavits and drafting Plaintiff's motion for compensatory civil contempt sanctions. *See infra* at 4-8.

6. During the course of this settlement and compiling my time records, I have sought to exercise billing judgment and sought to keep to a minimum the number of billed hours.

7. No part of any fee award will inure to my personal benefit. Mountain State Justice, however, depends on fee awards to continue its work serving low-income and disempowered communities in West Virginia.

8. My hourly rate is $300.00 per hour. This Court has recently approved this rate. *See Baxley et al. v. Yardley*, Civ. Act. No. 3:18-cv-1526, Dkt. No. 720, at 5 (S.D.W. Va., Sept. 3, 2025) (finding hourly rate of $300 reasonable and stating "[t]he respective hourly rates are customary, and [Attorney Nash] [is] experienced and capable").

9. The efficient handling of civil litigation requires and allows the use of trained non-attorney staff, at a lower hourly cost, to perform many tasks necessary for proper handling of the case. Mountain State Justice uses the support of supervised paralegals for appropriate tasks. After consultation with other area and regional practitioners, Mountain State Justice, Inc., set its paralegal billing rate at $170.00 per hour. This Court has recently approved this hourly rate. *See id*. According to contemporary time records that Mountain State Justice paralegals regularly create and maintain, they have accumulated fees in the amount of $1,530.00 pertaining to relevant filing and preparation in this matter. *See infra* at 9.

9/23/25
Date

LESLEY M. NASH

3

Client Calls

| Date | Amount | Billable Time | Task | Reference | User | Description |
|---|---|---|---|---|---|---|
| 06/25/2025 | $30.00 | 6 Minutes | Email | Lowe, Keith v Frame et al | Nash, Lesley | Email to MOCC re meeting with Keith |
| 06/25/2025 | $60.00 | 12 Minutes | Email | Lowe, Keith v Frame et al | Nash, Lesley | Scheduling email with release re keith |
| 06/26/2025 | $210.00 | 42 Minutes | Phone Client | Lowe, Keith v Frame et al | Nash, Lesley | Client Call<br>Call with Keith<br>Attorney-Client Privilege |
| 07/01/2025 | $150.00 | 30 Minutes | Phone Client | Lowe, Keith v Frame et al | Nash, Lesley | Client Call<br>Call with Keith<br>Attorney-Client Privilege |
| 07/01/2025 | $90.00 | 18 Minutes | Phone Client | Lowe, Keith v Frame et al | Nash, Lesley | Client Call<br>Call with Keith<br>Attorney-Client Privilege |
| 07/09/2025 | $150.00 | 30 Minutes | Phone Call | Lowe, Keith v Frame et al | Nash, Lesley | Information Request<br>Call to attorney Deb Golden re facility in Springfield MO |
| 07/10/2025 | $30.00 | 6 Minutes | Email | Lowe, Keith v Frame et al | Nash, Lesley | Email to MOCC re call with Keith |
| 07/11/2025 | $180.00 | 36 Minutes | Phone Client | Lowe, Keith v Frame et al | Nash, Lesley | Client Call<br>Call with Keith<br>Attorney-Client Privilege |
| 07/11/2025 | $30.00 | 6 Minutes | Phone Client | Lowe, Keith v Frame et al | Nash, Lesley | Client Call<br>Call with Keith<br>Attorney-Client Privilege |
| 07/14/2025 | $150.00 | 30 Minutes | Phone Client | Lowe, Keith v Frame et al | Nash, Lesley | Client Call<br>Call with Keith<br>Attorney-Client Privilege |
| 07/28/2025 | $240.00 | 48 Minutes | Phone Client | Lowe, Keith v Frame et al | Nash, Lesley | Client Call<br>Call with Keith re hearing prep<br>Attorney-Client Privilege |
| 08/01/2025 | $300.00 | 1 Hour | Phone Client | Lowe, Keith v Frame et al | Nash, Lesley | Client Call<br>Call with Keith re hearing prep<br>Attorney-Client Privilege |
| | **$1,620.00** | | | | | |

Motion to Enforce

| Date | Amount | Billable Time | Task | Reference | User | Description |
|---|---|---|---|---|---|---|
| 07/16/2025 | $210.00 | 42 Minutes | Discussion | Lowe, Keith v Frame et al | Nash, Lesley | Discussion at case rev: case strategy, contempt motion |
| 07/23/2025 | $90.00 | 18 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Work on motion to enforce, etc. |
| 07/23/2025 | $840.00 | 2 Hours 48 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Work on drafting motion to enforce |
| 07/24/2025 | $30.00 | 6 Minutes | Email | Lowe, Keith v Frame et al | Nash, Lesley | To JC re confidential documents |
| 07/24/2025 | $120.00 | 24 Minutes | Discussion | Lowe, Keith v Frame et al | Nash, Lesley | With Sarah and Bren re MTE |
| 07/24/2025 | $360.00 | 1 Hours 12 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Revise, research, exhibits for MTE |
| 07/24/2025 | $60.00 | 12 Minutes | Phone Call | Lowe, Keith v Frame et al | Nash, Lesley | Return Call<br>Call from Ashley Brash (PD at mental hygiene) |
| 07/24/2025 | $60.00 | 12 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Draft motion to file under seal |
| 07/25/2025 | $120.00 | 24 Minutes | Phone Call | Lowe, Keith v Frame et al | Nash, Lesley | Status Inquiry/Update<br>Call to Jill Daniel (PsyD for mental hygiene hearings) |
| 07/25/2025 | $60.00 | 12 Minutes | Research | Lowe, Keith v Frame et al | Nash, Lesley | In prep for hearing 8/4 |
| 07/28/2025 | $90.00 | 18 Minutes | Phone Call | Lowe, Keith v Frame et al | Nash, Lesley | Return Call<br>Call from Jill Daniel (PsyD for mental hygiene hearings) |
| 07/28/2025 | $360.00 | 1 Hours 12 Minutes | Preparation | Lowe, Keith v Frame et al | Nash, Lesley | Work on direct and exhibits for hearing 8/4 |
| 07/28/2025 | $150.00 | 30 Minutes | Discussion | Lowe, Keith v Frame et al | Nash, Lesley | W/SB re KL hearing |
| 07/28/2025 | $30.00 | 6 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | NOD Pat Ryan |
| 07/28/2025 | $30.00 | 6 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Draft subpoenas for hearing |
| 07/28/2025 | $30.00 | 6 Minutes | Email | Lowe, Keith v Frame et al | Nash, Lesley | Email to JC re transfer |
| 07/29/2025 | $240.00 | 48 Minutes | Discussion | Lowe, Keith v Frame et al | Nash, Lesley | W/Mike Folio, attorney at DRWV re case |
| 07/29/2025 | $90.00 | 18 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Prep subpoenas for hearing |
| 07/29/2025 | $210.00 | 42 Minutes | Preparation | Lowe, Keith v Frame et al | Nash, Lesley | Work on exhibits for hearing |
| 07/29/2025 | $90.00 | 18 Minutes | Discussion | Lowe, Keith v Frame et al | Nash, Lesley | W/skb re hearing |
| 07/30/2025 | $120.00 | 24 Minutes | Phone Opposing Attny | Lowe, Keith v Frame et al | Nash, Lesley | Status Inquiry/Update<br>Call to Gail Lipscomb re hearing |
| 07/31/2025 | $240.00 | 48 Minutes | Preparation | Lowe, Keith v Frame et al | Nash, Lesley | Research and prep for hearing |
| 07/31/2025 | $30.00 | 6 Minutes | Email | Lowe, Keith v Frame et al | Nash, Lesley | Email to OC re subpoena |
| 07/31/2025 | $30.00 | 6 Minutes | Email | Lowe, Keith v Frame et al | Nash, Lesley | Email to Jonathan re subpoena |
| 07/31/2025 | $30.00 | 6 Minutes | Prep Pleadings | Lowe, Keith v Frame et al | Nash, Lesley | Finalize document subpoena |
| 07/31/2025 | $900.00 | 3 Hour | Review | Lowe, Keith v Frame et al | Nash, Lesley | Review recordings; PC hearing through 1:12:50 |
| 08/01/2025 | $750.00 | 2 Hours 30 Minutes | Review | Lowe, Keith v Frame et al | Nash, Lesley | Review PC hearing through 1:45:02. |
| 08/01/2025 | $180.00 | 36 Minutes | Review | Lowe, Keith v Frame et al | Nash, Lesley | Complete review of PC hearing recording |
| 08/01/2025 | $60.00 | 12 Minutes | Discussion | Lowe, Keith v Frame et al | Nash, Lesley | Discussion w/BP re MTE hearing |
| 08/01/2025 | $390.00 | 1 Hours 18 Minutes | Review | Lowe, Keith v Frame et al | Nash, Lesley | Review final commitment recording; review responses. |
| 08/01/2025 | $270.00 | 54 Minutes | Discussion | Lowe, Keith v Frame et al | Nash, Lesley | w/skb re lowe case |
| 08/03/2025 | $240.00 | 48 Minutes | Discussion | Lowe, Keith v Frame et al | Nash, Lesley | w/SKB re hearing |
| 08/03/2025 | $120.00 | 24 Minutes | Preparation | Lowe, Keith v Frame et al | Nash, Lesley | Prep for hearing Monday |
| 08/04/2025 | $1,050.00 | 3 Hours 36 Minutes | Hearing | Lowe, Keith v Frame et al | Nash, Lesley | Hearing on MTE in Charleston |
| 08/04/2025 | $1,320.00 | 4 Hours 24 Minutes | Travel | Lowe, Keith v Frame et al | Nash, Lesley | Travel to and from Charleston for hearing |
| 08/04/2025 | $60.00 | 12 Minutes | Discussion | Lowe, Keith v Frame et al | Nash, Lesley | W/SKB re hearing |
| 08/04/2025 | $30.00 | 6 Minutes | Email | Lowe, Keith v Frame et al | Nash, Lesley | To court re hearing |
| 08/04/2025 | $570.00 | 1 Hours 54 Minutes | Preparation | Lowe, Keith v Frame et al | Nash, Lesley | For hearing: exhibit prep, impeachment prep, audio clips, direct. |

**$9,660.00**

| Date | Amount | Billable Time | Task | Reference | User | Description |
|---|---|---|---|---|---|---|
| 06/06/2025 | $120.00 | 24 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Draft records request in MH Fayette case |
| 06/09/2025 | $30.00 | 6 Minutes | Phone Call | Lowe, Keith v Frame et al | Nash, Lesley | Status Inquiry/Update<br>Call from mental hygiene PD Ashley Brash |
| 06/12/2025 | $90.00 | 18 Minutes | Discussion | Lowe, Keith v Frame et al | Nash, Lesley | With LM re Lowe case |
| 07/01/2025 | $60.00 | 12 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Renewed request for records |
| 07/01/2025 | $180.00 | 36 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Reply re motion for records |
| 07/01/2025 | $30.00 | 6 Minutes | Phone Call | Lowe, Keith v Frame et al | Nash, Lesley | Return Call<br>Call from Ashley Brash (mental hygiene public defender) |
| 07/03/2025 | $90.00 | 18 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Draft proposed order for Judge Ewing re records |
|  | $120.00 | 24 Minutes | Preparation | Lowe, Keith v Frame et al | Nash, Lesley | Prep for hearing on motion for order for records |
| 07/08/2025 | $120.00 | 24 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Draft proposed order for Judge OA |
| 07/08/2025 | $150.00 | 30 Minutes | Hearing | Lowe, Keith v Frame et al | Nash, Lesley | Hearing on motion for release of records |
| 07/23/2025 | $150.00 | 30 Minutes | Discovery | Lowe, Keith v Frame et al | Nash, Lesley | Review records from Fayette County |
| 07/24/2025 | $30.00 | 6 Minutes | Email | Lowe, Keith v Frame et al | Nash, Lesley | Email to Judge Aboulhosn's chambers |

**$1,170.00**

| Date | Amount | Billable Time | Task | Reference | User | Description |
|---|---|---|---|---|---|---|
| 06/02/2025 | $90.00 | 18 Minutes | Phone Client | Lowe, Keith v Frame et al | Nash, Lesley | Client Call<br>Call with Keith<br>Attorney-Client Privilege |
| 06/03/2025 | $60.00 | 12 Minutes | Phone Call | Lowe, Keith v Frame et al | Nash, Lesley | Information Request<br>Call to Disability Rights SC re GPH |
| 06/03/2025 | $120.00 | 24 Minutes | Email | Lowe, Keith v Frame et al | Nash, Lesley | Emails to DRSC and Dana Eddy, Public Defender services re case |
| 06/03/2025 | $30.00 | 6 Minutes | Email | Lowe, Keith v Frame et al | Nash, Lesley | Email to Jonathan re paperwork, petition |
| 06/04/2025 | $60.00 | 12 Minutes | Phone Opposing Attny | Lowe, Keith v Frame et al | Nash, Lesley | Status Inquiry/Update<br>Call from Jonathan Calhoun re order |
| 07/02/2025 | $30.00 | 6 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Begin draft of reply re motion for joinder |
| 07/02/2025 | $390.00 | 1 Hours 18 Minu | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Draft reply re motion for joinder |
| 07/03/2025 | $210.00 | 42 Minutes | Discussion | Lowe, Keith v Frame et al | Nash, Lesley | Discussion and revision of reply re Mot for Joinder with SKB |
| 07/03/2025 | $60.00 | 12 Minutes | Revise | Lowe, Keith v Frame et al | Nash, Lesley | Revise and finalize reply |
| 07/23/2025 | $120.00 | 24 Minutes | Email | Lowe, Keith v Frame et al | Nash, Lesley | Request for waiver to WVDHF counsel |

**$1,170.00**

Request for Fees Compensatory Sanctions

| Date | Amount | Billable Time | Task | Reference | User | Description |
|---|---|---|---|---|---|---|
| 08/29/2025 | $150.00 | 30 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Begin working on docs for sanctions/fees |
| 09/09/2025 | $60.00 | 12 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Affidavit for fees |
| 09/10/2025 | $180.00 | 36 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Work on request for compensatory civil contempt sanctions |
| 09/10/2025 | $180.00 | 36 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Continued work on req for comp sanctions |
| 09/10/2025 | $90.00 | 18 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Req re comp sanctions |
| 09/10/2025 | $30.00 | 6 Minutes | Discussion | Lowe, Keith v Frame et al | Nash, Lesley | W/GS re sanctions |
| 09/11/2025 | $60.00 | 12 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | Legal research for civil contempt sanctions |
| 09/11/2025 | $270.00 | 54 Minutes | Legal Research | Lowe, Keith v Frame et al | Nash, Lesley | Research re sanctions |
| 09/11/2025 | $180.00 | 36 Minutes | Legal Research | Lowe, Keith v Frame et al | Nash, Lesley | Continued legal research re awards/settlements re suicide/mental/medical care fo |
| 09/11/2025 | $60.00 | 12 Minutes | Review | Lowe, Keith v Frame et al | Nash, Lesley | Begin reviewing/organizing records for fee affidavit |
| 09/12/2025 | $270.00 | 54 Minutes | Revise | Lowe, Keith v Frame et al | Nash, Lesley | Format and review time records, update fee affidavit |
| 09/12/2025 | $90.00 | 18 Minutes | Revise | Lowe, Keith v Frame et al | Nash, Lesley | Revise fee affidavit, format time slip spreadsheet |
| 09/12/2025 | $210.00 | 42 Minutes | Revise | Lowe, Keith v Frame et al | Nash, Lesley | Revise draft for comp civil sanctions |
| 09/12/2025 | $120.00 | 24 Minutes | Draft | Lowe, Keith v Frame et al | Nash, Lesley | SKB and BJP draft affs |
| 09/12/2025 | $180.00 | 36 Minutes | Revise | Lowe, Keith v Frame et al | Nash, Lesley | Revise comp civ contemp request w/LM comments |

**$2,130.00**

## Paralegal Fees

| Date | Amount | Billable Time | Task | Reference | User | Description |
|---|---|---|---|---|---|---|
| 06/06/2025 | $34.00 | 12 Minutes | Phone Call | Lowe, Keith v Frame et al | Jones, Gabriel | call to Fayette County clerk office |
| 06/10/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed sealed transcript filing |
| 06/16/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed motion for order of records |
| 06/16/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed 48 - D's Answer to 1st Amended complaint |
| 06/27/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | PLE - Other Motions & Briefing<br>54 - D's Resp to Motion for Records |
| 06/27/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | PLE - Other Motions & Briefing<br>53 - D's Resp to Motion for Joinder |
| 06/27/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | PLE - Other Motions & Briefing<br>55 - DHF's Resp to Motion for Joinder |
| 07/02/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Other<br>59 - Order referring motion to Aboulhosn |
| 07/02/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Other<br>ECF Filing - Order setting obj DL on request for records (25-MH-25 Fayett |
| 07/03/2025 | $34.00 | 12 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Filed/processed Proposed Order Granting Release of Records |
| 07/03/2025 | $34.00 | 12 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Filed/processed 60 - P Lowe's Reply to Caruso's Response re Motion for Joinder |
| 07/08/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed DHF's Objection to Release of Mental Hygiene Proceedings - 25-MH-25 |
| 07/09/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed 62 - Motion hearing minutes |
| 07/10/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed 63 - Order granting release of medical records |
| 07/10/2025 | $34.00 | 12 Minutes | Phone Call | Lowe, Keith v Frame et al | Jones, Gabriel | call to circuit clerk |
| 07/16/2025 | $119.00 | 42 Minutes | Discussion | Lowe, Keith v Frame et al | Jones, Gabriel | Discussion at case rev |
| 07/23/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed 68 - Order granting motion for record release |
| 07/23/2025 | $51.00 | 18 Minutes | Phone Call | Lowe, Keith v Frame et al | Jones, Gabriel | Contacting clerks office |
| 07/23/2025 | $17.00 | 6 Minutes | Email | Lowe, Keith v Frame et al | Jones, Gabriel | email to law clerk |
| 07/23/2025 | $34.00 | 12 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | review of MH records |
| 07/23/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed 65 - Memo Opinion & Order granting motion for joinder & amending compl |
| 07/23/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed notice of intent to serve subpoena |
| 07/23/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed 67 - 2nd amended complaint for injunctive relief |
| 07/23/2025 | $34.00 | 12 Minutes | Draft | Lowe, Keith v Frame et al | Jones, Gabriel | drafting letter to Lewis Co sheriff re service |
| 07/24/2025 | $51.00 | 18 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Filing motion to seal |
| 07/25/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed 72 - Order setting schedule re motion to enforce, contempt, sanctions |
| 07/25/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed 74 - Order re MH recordings |
| 07/28/2025 | $34.00 | 12 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed/filed notice of depo |
| 07/29/2025 | $51.00 | 18 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Filed/processed notices of intent to file subpoena |
| 07/31/2025 | $85.00 | 30 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | researching process servers and getting ahold of them |
| 07/31/2025 | $34.00 | 12 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Filed/processed notice of intent to serve supboena |
| 07/31/2025 | $34.00 | 12 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Filed/processed notice of intent to serve subpoena - DCR |
| 07/31/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed 80 - Order granting motion re recordings |
| 08/01/2025 | $34.00 | 12 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Filed/processed returned subpoena |
| 08/01/2025 | $34.00 | 12 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed responses to motion for contempt |
| 08/01/2025 | $17.00 | 6 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed/filed 86 - Return of service of subpoena - DCR |
| 08/01/2025 | $34.00 | 12 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed D Caruso's resp re motion for contempt |
| 08/04/2025 | $34.00 | 12 Minutes | File Review | Lowe, Keith v Frame et al | Jones, Gabriel | Processed errata form and withdrawal of subpoena |
| 08/04/2025 | $17.00 | 6 Minutes | Phone Call | Lowe, Keith v Frame et al | Dailey, Kristina | Information Request<br>TT Judge's office re playing audio recording at Hearing; No |
| 08/04/2025 | $17.00 | 6 Minutes | Email | Lowe, Keith v Frame et al | Jones, Gabriel | Emails to court reporter |
| 08/04/2025 | $34.00 | 12 Minutes | Phone Call | Lowe, Keith v Frame et al | Dailey, Kristina | Return call from Judge's Asst. re have audio on laptop and come in early to test |
| 08/04/2025 | $323.00 | 1 Hours 54 Minutes | Preparation | Lowe, Keith v Frame et al | Dailey, Kristina | Preparation for Hearing; Print exhibits 2 sided; 6 copies of each of the 19 exhi |

$1,530.00