Costs

| Date | Amount | Expense Type | Reference | User | Description |
|---|---|---|---|---|---|
| 08/04/2025 | $230.24 | Travel | Lowe, Keith v Frame et al | Richards, Kim | To Charleston for hearing |
| 07/31/2025 | $125.00 | Service Fee | Lowe, Keith v Frame et al | Richards, Kim | Subpoena to Evan Dove |

**$355.24**