## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**KEITH W.R. LOWE,**
      *Plaintiff,*

**v.**

**Civil Action No. 2:25-cv-272**
**The Honorable Thomas Johnston**

**JONATHAN FRAME and**
**DAVID KELLY, et. al,**
      *Defendants.*

---

### DEFENDANTS JONATHAN FRAME AND DAVID KELLY'S STATUS UPDATE

---

Defendants Jonathan Frame and David Kelly, by counsel, submit this Status Update to advise the Court on Plaintiff's progress at USMCFP Springfield. Attached hereto as Exhibit A is a letter dated October 6, 2025, from Shane P. McCullough, Attorney-Advisor, Federal Bureau of Prisons, who is stationed at USMCFP Springfield.

Respectfully Submitted,

JONATHAN FRAME and DAVID KELLY,

By Counsel

JOHN B. MCCUSKEY
ATTORNEY GENERAL

*s/ Anthony D. Eates II*
ANTHONY D. EATES II     (W. Va. Bar 7708)
DEPUTY ATTORNEY GENERAL
State Capitol Complex, Building 6, Suite 402
Charleston, WV 25305
304.558.8989
Anthony.D.Eates@wvago.gov



**U.S. Department of Justice**
Federal Bureau of Prisons
U.S. Medical Center for Federal Prisoners
1900 W. Sunshine Street
Springfield, Missouri 65807

October 6, 2025

I am writing to provide an update on Mr. Lowe, at the request of the West Virginia Department of Corrections.

Mr. Lowe arrived at USMCFP Springfield on September 11, 2025. He has not received any incident reports for violating institutional rules. According to his treatment providers, he has demonstrated and discussed concerns related to emotional lability, depression, and anxiety, which are being actively addressed by his interdisciplinary team. He has consistently denied any self-injurious or suicidal ideation, intent, or plan.

He has been housed in a secure mental health unit since his arrival. All cells in our mental health units are single celled, whether they are in secure, semi-open, or open units. Anytime a new individual is designated to USMCFP Springfield, they are screened at intake and then assigned to live in the appropriate unit for their mental, medical, and correctional/safety needs. Most new admits to our mental health units begin in secure housing, as we evaluate their adjustment, mental health needs, and correctional needs. When it is deemed safe and appropriate from psychological, medical, and correctional standpoints, individuals are engaged in a step-down process, which may involve a step-down to a secure unit and/or semi-open unit. Depending on their adjustment on those units, they can be moved to an open mental health unit if/when appropriate, based on their individualized needs and progress. Because of his recent serious suicide attempt, he is currently restricted from using/possessing razors. Individuals are referred to participate in evidence-based group and individual therapy based on their clinical needs, and these services are available on a routine basis. Mr. Lowe is currently enrolled in two evidence-based therapy groups (Illness Management and Recovery and Criminal Thinking). He has attended all offered sessions, earning tangible incentives for participation through our psychology department's token economy program. He has also been seen for multiple individual sessions since he arrived.

All individuals in our mental health unit are provided access to the telephone, commissary, showers, outdoor recreation, and law library. He has been provided with a personal radio and has access to books from the leisure library. He is visited routinely by staff from various departments to ensure his questions and needs are addressed. He was provided with a Bible by Religious Services upon his request and multiple departments assisted him with setting up his contact list to ensure he could call his significant other.



Mr. Lowe's mental health providers anticipate completing his evaluation in the coming weeks. At that time, they will provide a clinical opinion regarding the most appropriate placement to manage his mental health needs.

Sincerely,

Shane P. McCullough
Attorney-Advisor
Federal Bureau of Prisons
Department of Justice
USMCFP Springfield
(417) 837-1710

## CERTIFICATE OF SERVICE

I, Anthony D. Eates II, Deputy Attorney General, and counsel for Defendants Jonathan Frame and David Kelly, hereby certify that on the 7th day of October, 2025, service of the foregoing DEFENDANT JONATHAN AND DAVID KELLY'S STATUS UPDATE was made upon following individuals via United States Mail and upon all counsel of record via the CM/ECF system.

Lydia Milnes, Esq.
Lesley Nash, Esq.
1029 University Avenue, Suite 101
Morgantown, WV 26505
lydia@msjlaw.org
lesley@msjlaw.org

Steven Compton
Deputy Attorney General
812 Quarrier Street, Sixth Floor
Charleston, WV 25301

s/ *Anthony D. Eates II*
Anthony D. Eates II    (W. Va. Bar 7708)
Deputy Attorney General